**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**PHILADELPHIA DIVISION**

| | |
|---|---|
| **Michael Williams**, an individual residing in New South Wales, Australia,<br><br>Plaintiff,<br><br>v.<br><br>**Connectify, Inc. (d/b/a Speedify)**, a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania<br><br>**Alexander C. Gizis**, an individual residing in Philadelphia, Pennsylvania<br><br>Defendants. | Civil Action No. 2:26-cv-00818-GJP |

**[PROPOSED] ORDER GRANTING PRO SE PLAINTIFF**
**LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM OF LAW**

AND NOW, this _____ day of February 2026, upon consideration of Plaintiff Michael Williams's Expedited Motion for Leave to Exceed the Page Limit for Memorandum of Law in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, and for good cause shown, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. Plaintiff Michael Williams is hereby authorized to file his Memorandum of Law in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and

Preliminary Injunction in excess of the twenty-five (25) page limit established by the Court's Policies and Procedures, up to a maximum of forty-five (45) pages, excluding the table of contents, table of authorities, and any attachments or exhibits.

3. The Memorandum of Law shall comply with all other formatting requirements of the Court's Policies and Procedures, including double-spaced, 12-point font.

4. Plaintiff shall comply with all provisions of Local Civil Rule 7.1 and the Policies and Procedures of the undersigned Judge.

_____

THE HONORABLE GERALD J. PAPPERT

UNITED STATES DISTRICT JUDGE