## Pro Se Electronic Filing

**Name:**

**Michael Williams**

**Email Address:**

**Michael.Williams@glexia.com**

**Phone Number**

**701-484-1337**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Michael Williams v. Connectify, Inc. et al.**

**Case Number**

**2:26-cv-00818-GJP**

**Description of Document(s)**

**Motion to file Excess Pages, Proposed Order, Word Doc (for chambers)**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**50-58 Macleay St**

**Mailing Address Line 2**

**Suite 1524**

**City:**

**Elizabeth Bay**

**State:**

**NSW, Australia**

**Zip Code:**

**2011**

**Terms of Submission**

**Yes**

Show empty values