IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br>Plaintiff,<br><br>v.<br><br>CONNECTIFY, INC.; and<br>ALEXANDER C. GIZIS,<br>Defendants. | Civil Action No.<br>**2:26-cv-00818-GJP** |

# EXHIBIT A

## Service of Verified Complaint

Email dated February 6, 2026, 4:45 PM — Service of Verified Complaint on all twelve (12) recipients, with attached Complaint (735 KB)

*Attached to the Declaration of Michael Williams*
*Regarding Notice and Compliance with Fed. R. Civ. P. 65(b)*
*Dated February 10, 2026*

# Service of Verified Complaint — Williams v. Connectify, Inc. et al., U.S. District Court, Eastern District of Pennsylvania (Civil Action No. pending)

**Michael Williams** <Michael.Williams@glexia.com>                    Fri, Feb 6, 2026 at 4:45 PM
To: cbiemiller@tlgattorneys.com, dscott@stradley.com, skats@stradley.com, pkingsley@stradley.com, pforet@stradley.com, kcasey@stradley.com, uspto@connectify.me, kamran.emdadi@gmail.com, Brian Prodoehl <support@speedify.com>, agizis@connectify.me, AsheryESQ@gmail.com, lashery@connectify.me

Dear Counsel and Interested Parties,

Please find attached a copy of the Verified Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, Declaratory Relief, Restitution, and Damages filed today, February 6, 2026, in the United States District Court for the Eastern District of Pennsylvania, Philadelphia Division, in the matter of *Michael Williams v. Connectify, Inc. (d/b/a Speedify) and Alexander C. Gizis*.

The Complaint was filed via the Court's electronic self-filing portal. A civil action number has not yet been assigned; this correspondence will be updated with the case number once it is received from the Clerk's office.

This email, together with the attached Complaint, is being provided as courtesy service to all known counsel and interested parties. Formal service will be effected in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Respectfully,

Michael Williams, *Pro Se Plaintiff*
Suite 1524, 50-58 Macleay Street
Elizabeth Bay NSW 2011, Australia
Michael.Williams@glexia.com
+1 701 484 1337

---

**Michael B. Williams**
Glexia - An IT Company

Book a Meeting With Me

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

---

📄 **2026-02-06 - Complaint.pdf**
735K