IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
                  Plaintiff,

                              v.

CONNECTIFY, INC.; and
ALEXANDER C. GIZIS,
                  Defendants.

Civil Action No.
**2:26-cv-00818-GJP**

# EXHIBIT B

## Notice of Revised Complaint Filing

Email dated February 7, 2026, 12:03 AM — Notice of revised complaint filing,
detailing substantive refinements to pleadings

*Attached to the Declaration of Michael Williams*
*Regarding Notice and Compliance with Fed. R. Civ. P. 65(b)*
*Dated February 10, 2026*

# Service of Verified Complaint — Williams v. Connectify, Inc. et al., U.S. District Court, Eastern District of Pennsylvania (Civil Action No. pending)

**Michael Williams** <Michael.Williams@glexia.com>  Sat, Feb 7, 2026 at 12:03 AM
To: cbiemiller@tlgattorneys.com, dscott@stradley.com, skats@stradley.com, pkingsley@stradley.com, pforet@stradley.com, kcasey@stradley.com, uspto@connectify.me, kamran.emdadi@gmail.com, Brian Prodoehl <support@speedify.com>, agizis@connectify.me, AsheryESQ@gmail.com, lashery@connectify.me

Dear Sirs,

Please be advised that we intend to file a revised complaint tomorrow. As service of process has not yet been effected and no waiver of service of summons has been executed or returned, this filing constitutes the operative complaint in this matter and does not constitute an amended pleading within the meaning of Rule 15 of the Federal Rules of Civil Procedure. We expressly reserve all rights to amend as of course pursuant to Rule 15(a)(1)(A) following service, as well as any further right to amend prior to any dispositive motion.

The revised complaint incorporates the following substantive refinements to the pleadings:

First, we have clarified our choice-of-law analysis. Our primary position remains that this dispute is governed by international law, specifically the Australian Consumer Law as enacted under Schedule 2 of the Competition and Consumer Act 2010 (Cth). To the extent the Court determines that United States law applies, we submit that California law — not Pennsylvania law — provides the appropriate substantive framework.

Second, we have refined our claims for implied breach of contract and breach of the implied covenant of good faith and fair dealing, grounded in California law in the alternative.

Third, we maintain and preserve our objection that the Eastern District of Pennsylvania is not the proper venue for this action.

I apologise for the limited notice. Nothing contained herein shall be construed as a waiver of any right, claim, or defence available to us under the Federal Rules of Civil Procedure or otherwise.

Regards,

Michael Williams

---

**Michael B. Williams**
Glexia - An IT Company

Book a Meeting With Me

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

[Quoted text hidden]