IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
Plaintiff,

v.

CONNECTIFY, INC.; and
ALEXANDER C. GIZIS,
Defendants.

Civil Action No.
**2:26-cv-00818-GJP**

# EXHIBIT D

## Follow-Up Request for Confirmation

Email dated February 10, 2026, 8:06 AM — Follow-up requesting confirmation of
receipt and Defendants' intentions regarding hearing participation

*Attached to the Declaration of Michael Williams*
*Regarding Notice and Compliance with Fed. R. Civ. P. 65(b)*
*Dated February 10, 2026*

# Service of Verified Complaint — Williams v. Connectify, Inc. et al., U.S. District Court, Eastern District of Pennsylvania (Civil Action No. pending)

**Michael Williams** <Michael.Williams@glexia.com>                Tue, Feb 10, 2026 at 8:06 AM
To: cbiemiller@tlgattorneys.com, dscott@stradley.com, skats@stradley.com, pkingsley@stradley.com, pforet@stradley.com, kcasey@stradley.com, uspto@connectify.me, kamran.emdadi@gmail.com, Brian Prodoehl <support@speedify.com>, agizis@connectify.me, AsheryESQ@gmail.com, lashery@connectify.me

Dear Counsel,

I am writing to confirm receipt of this notice and to request an update regarding your intentions to participate in any forthcoming hearing on the emergency application. Please also advise if there are any additional contacts who should be included for immediate service of the filed materials.

Thank you for your attention.

---

**Michael B. Williams**
Glexia - An IT Company

Book a Meeting With Me

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

[Quoted text hidden]