IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,　　　　　　　Civil Action No.
　　　Plaintiff,　　　　　　　　　**2:26-cv-00818-GJP**

　　　　　　　　　v.

CONNECTIFY, INC.; and
ALEXANDER C. GIZIS,
　　　Defendants.

# EXHIBIT E

### Service of Expedited Motion for Leave to Exceed Page Limit

Email dated February 10, 2026, 9:53 AM — Service of Expedited Motion for Leave to Exceed Page Limit, with Proposed Order (2 attachments)

*Attached to the Declaration of Michael Williams*
*Regarding Notice and Compliance with Fed. R. Civ. P. 65(b)*
*Dated February 10, 2026*

# Williams v. Connectify, Inc. et al., Civil Action No. 2:26-cv-00818-GJP (E.D. Pa.) — Service of EXPEDITED Motion for Leave to Exceed Page Limit for Memorandum of Law

**Michael Williams** <Michael.Williams@glexia.com>                    Tue, Feb 10, 2026 at 9:53 AM
To: cbiemiller@tlgattorneys.com, dscott@stradley.com, skats@stradley.com, pkingsley@stradley.com, pforet@stradley.com, kcasey@stradley.com, agizis@connectify.me, lashery@connectify.me, AsheryESQ@gmail.com, kamran.emdadi@gmail.com, uspto@connectify.me, Brian Prodoehl <support@speedify.com>

**Date:** February 10, 2026

**Re:** *Williams v. Connectify, Inc. et al.*, Civil Action No. **2:26-cv-00818-GJP** (E.D. Pa.) — **Service of EXPEDITED Motion for Leave to Exceed Page Limit for Memorandum of Law**

**Counsel and Parties:**

Pursuant to **Federal Rule of Civil Procedure 5(b)(2)(E)**, please find attached the following documents **filed this date** in the above-captioned action:

1. **Expedited Motion of Pro Se Plaintiff for Leave to Exceed the Page Limit** for Memorandum of Law in Support of Plaintiff's **Emergency Motion for Temporary Restraining Order and Preliminary Injunction**; and
2. **Proposed Order** granting the relief requested therein.

This Motion has been designated **EXPEDITED**. Plaintiff is concurrently seeking to file an **Emergency Motion for a Temporary Restraining Order and Preliminary Injunction**, and requires **immediate resolution** of this page-limit issue to do so. The Memorandum of Law addresses **fourteen (14) claims** spanning **three jurisdictions** and involves upwards of **$250,000** in damages that may be **unrecoverable** due to their contingency upon **cryptocurrency recovery** and **market conditions**. Plaintiff respectfully requests that the Court rule upon this Motion at the **earliest practicable opportunity**.

As Plaintiff does not yet have **CM/ECF filing privileges**, this service is being made **by email** in accordance with the **Certificate of Service** contained in the Motion. This email and the attached documents constitute **service upon all parties of record**.

If you have any questions regarding this service, please do not hesitate to contact me at the email address above or by telephone at **+1 (701) 484-1337** ☎.

Respectfully,

**Michael Williams (Pro Se)**
Suite 1524, 50–58 Macleay Street
Elizabeth Bay NSW 2011, Australia
Michael.Williams@glexia.com

---

**Michael B. Williams**
Glexia - An IT Company

Book a Meeting With Me

USA Direct: +1 978 477 6797 ☎
USA Toll Free: +1 800 675 0297 ☎ x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 ☎ x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:

The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

**2 attachments**

 **2026-02-10 - EXPEDITED Motion for Excess Pages - Proposed Order.pdf**
152K

 **2026-02-10 - EXPEDITED Motion for Excess Pages.pdf**
265K