UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
Plaintiff,

v.

CONNECTIFY, INC. et al.,
Defendants.

# EXHIBIT A

## Router Purchase Receipt

Corsair Solutions Pty Ltd Invoice #VR8MTKX8-0001 for Miri Technologies 'Powered by Speedify' multi-WAN bonding router, dated December 4, 2025.

*Authenticated per FRE 901(b)(1) as business record personally maintained by Declarant.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*



## Corsair Solutions Pty Ltd

23/52 Sheehan Rd    +61 3 90059861
Heidelberg West    Victoria
Australia    3078
ABN:  18797970596

www.corsairsolutions.com.au

# TAX INVOICE

### SI-00013845

| | | | |
|---|---|---|---|
| Customer Name | Glexia | **Invoice Date:** | **04/12/2025** |
| Customer Address | ███████ | Due Date: | 04/12/2025 |
| | ████  NSW | Completed Date: | |
| | Australia  ███ | Customer Ref: | GLEXIA-PO-2025-12-04 |
| Delivery Method: | Startrack Express | | |
| Deliver To | Glexia | | |

| Code | Description | Qty | Price | Total |
|---|---|---|---|---|
| 46011 | Miri X510 Dual-SIM router bonds up to 7 connections for fast, reliable internet anywhere. Data inputs: 1x 5G Modem (SIM card not included), 1x 4G modem (SIM card not included), 2x RJ-45 Gigabit Ethernet connections, Wi-Fi 6 connection, 2x USB modem connections (Modems not included) | 1.00 | 2,478.02 | 2,478.02 |

| Charge | Price | Tax Rate |
|---|---|---|
| | | |

| | |
|---|---|
| **Sub Total** | 2,478.02 |
| **Charge Sub Total** | 0.00 |
| **Tax Total** | 247.80 |
| **Total** | 2,725.82 |
| **Currency** | AUD |

| | |
|---|---|
| Payment Terms: | Prepaid |
| Payment Details: | ---Please note our bank account details below--- |
| | Name: Corsair Solutions Pty Ltd |
| | Bank: NAB |
| | BSB: 083-004   ACC: 30-838-1428 |