MICHAEL WILLIAMS,
  Plaintiff,

v.

CONNECTIFY, INC. et al.,
  Defendants.

# EXHIBIT B

## Speedify Subscription Receipts and Onboarding Emails

Purchase confirmation (Invoice #502472), Speedify for Families and Router onboarding emails, and refund notification emails. December 2, 2025 through January 27, 2026.
Includes: (1) Speedify for Families onboarding (Dec 2, 2025); (2) Purchase confirmation Invoice #502472 (Jan 25, 2026); (3) Speedify for Routers onboarding (Jan 25, 2026); (4) Refund notification (Dec 3, 2025); (5) Refund objection (Jan 27, 2026).

*Authenticated per FRE 901(b)(1) as emails received and sent by Declarant from/to Speedify systems.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

| From: | Speedify &lt;support@speedify.com&gt; |
|---|---|
| To: | michael.williams@glexia.com |
| Date: | Tue, 02 Dec 2025 14:56:01 +0000 |
| Subject: | Getting started with your Speedify for Families account |

Getting started with your Speedify for Families account
Everything you need to start using Speedify and improve your internet
speeds for your family members is inside.

= Welcome to Speedify! =

We're thrilled to have you - let's get connected!
You are now the Administrator of a Speedify Families Unlimited Three Year
Subscription. Your account details and instructions on how to get started
and access your Speedify for Families dashboard are below.
ACCOUNT EMAIL ADDRESS: michael.williams@glexia.com
1Download and Install Speedify

Speedify is available for Windows, macOS, iOS, Android, OpenWrt, and Linux
(Ubuntu & Raspberry Pi OS). Get it on all your family's devices from the
Apple App Store, Google Play Store or from our website:

Download Speedify
<https://speedify.com/download/?paid=1&utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content=download-link>
2Sign in to your Speedify account

With the Account Email Address listed above, you can sign in to Speedify
using your existing Speedify password, or via Single Sign-On (SSO) options
like 'Sign in with Apple' or 'Sign in with Google'.

Can't Remember Your Password? Reset your Password
<https://my.speedify.com/password/forgot/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content=reset-pwd>

3Visit the Families Dashboard

From the Families Dashboard you can add or manage users and more.

Visit the Families Dashboard
<https://my.speedify.com/families?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content=dashboard-link>
4Use 2+ Connections

You can use Speedify with just one internet connection. For best results,
combine Starlink, 4G/5G, Wi-Fi, Ethernet, or satellite for faster, more
stable internet. With Speedify's Pair & Share feature
<https://speedify.com/getting-started/?lesson=2&utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content=pair-and-share>,
you can also link multiple personal hotspots to increase bandwidth and
reduce latency for your devices and your family's devices.
Learn more »
<https://speedify.com/how-to-add-connections/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content=add-connections>

5Connect to the Fastest Server

Let Speedify automatically pick the optimal server, or choose a specific
location if needed.
Learn more »
<https://speedify.com/getting-started/?lesson=3&utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content=servers>

If you need help, we're here for you! Check out our knowledge base
<https://support.speedify.com/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content=support-link>
for answers to common questions. Still stuck? Email us at

support@speedify.com <mailto:support@speedify.com> for help
troubleshooting.
<https://speedify.com/events/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content=spee
dify-live>

Have a Speedify Question? Tune In Every Wednesday! Join us LIVE every
Wednesday at 10am ET for Speedify Live Office Hours
<https://speedify.com/events/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content=spee
dify-live>:
a networking tech talk and Q&A with Alex Gizis and the Speedify dev team.
Ask your questions, get updates on the latest Speedify features, and see
what's coming next!

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA
19123 USA
Terms of Service
<https://speedify.com/terms-of-service/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_cont
ent=terms-of-service>
| Privacy Policy
<https://speedify.com/privacy-policy/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-families&utm_content
=privacy-policy>

---

| | |
|---|---|
| **From:** | Speedify Support &lt;support@speedify.com&gt; |
| **To:** | michael.williams@glexia.com |
| **Date:** | Wed, 03 Dec 2025 13:23:11 +0000 |
| **Subject:** | We successfully processed your refund for Speedify. Here are your options |
| **Attachments:** | invoice_494805.pdf |

Your Speedify purchase has been refunded.

Alex from Speedify here. Just wanted to let you know we refunded your purchase of .

This refund should appear on your bank statement in 3-5 business days.

I'm curious - are you canceling because of a problem? Here at Speedify we take customer satisfaction seriously and our support team is standing by to help you troubleshoot any issues with our service. Just reach out to us via email to support@speedify.com.

If you have one minute to spare, we would like to know how to make Speedify better - I appreciate your help with this short survey:
https://docs.google.com/forms/d/e/[REDACTED] /viewform

Thanks for giving Speedify a chance.
Alex | Speedify

Invoice #494805

View your invoice online at:
https://connectify.recurly.com/account/invoices/494805?ht=[REDACTED]

Michael Williams
33 Union Street Pyrmont, NSW 2009 Australia

Total Refund: A$1,395.15

PayPal Refund: A$1,395.15

-A$1,395.15 -- Speedify Dedicated Server Yearly
Dec 2, 2025 – Dec 2, 2026

Subtotal: -A$1,395.15
Total Refund: -A$1,395.15
Payment Refund: A$1,395.15
Credit Redeemed: A$0.00

Credit Balance: A$0.00

---

| From: | Speedify Support &Lt;support@speedify.com&gt; |
| To: | Michael.Williams@glexia.com |
| Date: | Sun, 25 Jan 2026 05:48:36 +0000 |
| Subject: | Confirmation: Thank you for your purchase of Speedify |
| Attachments: | invoice_502472.pdf |

Thank you for becoming a part of the Speedify community.

Alex from Speedify here, thank you for choosing our service!
This email confirms your recent payment.

Your subscription is now active and will automatically renew.

If you have any questions, please reach out to support@speedify.com - we're happy to help.

Thanks,
Alex | Speedify

Invoice #502472

Michael Williams
[REDACTED] [REDACTED]        [REDACTED]        Australia

Your Plan: Speedify Pro Router Yearly 3000GB Subscription
Next Invoice: Jan 25, 2027
Total Paid: $450.00

PayPal Payment: $450.00

$450.00 -- Speedify Pro Router Yearly 3000GB Subscription
Jan 25, 2026 – Jan 25, 2027

Subtotal: $450.00
Total: $450.00
Paid: -$450.00

Total Due: $0.00

---

| From: | Speedify &Lt;support@speedify.com&gt; |
| To: | Michael.Williams@glexia.com |
| Date: | Sun, 25 Jan 2026 05:48:41 +0000 |
| Subject: | Getting started with your Speedify for Routers plan |

Getting started with your Speedify for Routers plan
Everything you need to start using Speedify for Routers and improve your
internet speeds is inside.

= Welcome to Speedify! =

We're thrilled to have you - let's get connected!
Your Speedify Pro Router Yearly 3000GB Subscription is now active. Your
account details and instructions on how to get started are below.
ACCOUNT EMAIL ADDRESS: Michael.Williams@glexia.com
1Download and Install Speedify

Your Speedify for Routers license can be used on "Powered By Speedify"
routers as well as supported devices running OpenWrt.

How to Install Speedify on OpenWrt
<https://support.speedify.com/article/918-openwrt?paid=1&utm_source=mandrill&utm_medium=email&utm_campaign=welcome-
router&utm_content=download-link>
2Sign In to Activate Speedify

When your installation is complete, you can either sign in to your router
via the web interface, or from the command line, where you can retrieve a
URL to sign in from another device.

With the Account Email Address listed above, you can sign in to Speedify
using your existing Speedify password, or via Single Sign-On (SSO) options
like 'Sign in with Apple' or 'Sign in with Google'.

Can't Remember Your Password? Reset your Password
<https://my.speedify.com/password/forgot/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=reset-pwd>

How to Sign in to Speedify
<https://support.speedify.com/article/927-how-to-sign-in-to-my-speedify-router?paid=1&utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=sign-in>
3Use 2+ Connections

You can use Speedify with just one internet connection. For best results,
combine Starlink, 4G/5G, Wi-Fi, Ethernet, or satellite for faster, more
stable internet. With Speedify's Pair & Share feature
<https://speedify.com/getting-started/?lesson=2&utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=pair-and-share>,
you can also link multiple personal hotspots to increase bandwidth and
reduce latency for your devices and your team's devices.
Learn more »
<https://speedify.com/how-to-add-connections/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=add-connections>

4Connect to the Fastest Server

Let Speedify automatically pick the optimal server, or choose a specific
location if needed.
Learn more »
<https://speedify.com/getting-started/?lesson=3&utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=servers>

If you need help, we're here for you! Check out our knowledge base
<https://support.speedify.com/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=support-link>
for answers to common questions. Still stuck? Email us at
support@speedify.com <mailto:support@speedify.com> for help
troubleshooting.
<https://speedify.com/events/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=speedify-live>

Have a Speedify Question? Tune In Every Wednesday! Join us LIVE every
Wednesday at 10am ET for Speedify Live Office Hours
<https://speedify.com/events/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=speedify-live>:
a networking tech talk and Q&A with Alex Gizis and the Speedify dev team.
Ask your questions, get updates on the latest Speedify features, and see
what's coming next!

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA
19123 USA
Terms of Service
<https://speedify.com/terms-of-service/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=terms-of-service>
| Privacy Policy
<https://speedify.com/privacy-policy/?utm_source=mandrill&utm_medium=email&utm_campaign=welcome-router&utm_content=privacy-policy>

---

| | |
|---|---|
| **From:** | Michael Williams &lt;Michael.Williams@glexia.com&gt; |
| **To:** | Speedify Support &lt;support@speedify.com&gt; |
| **Date:** | Tue, 27 Jan 2026 15:24:56 +0000 |
| **Subject:** | Re: We successfully processed your refund for Speedify. Here are your options |

We didn't request to cancel the subscription. In fact I explicitly said *do not* cancel it…

*Michael B. Williams*
Glexia - An IT Company

Book a Meeting With Me ( [REDACTED][REDACTED]                    )

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

On Tue, Jan 27, 2026 at 08:39:56, Speedify Support < support@speedify.com > wrote:

>
>
>
>
>
> ( https://speedify.com )
>
>
>
>
>
>
>
>
>
> ****************************************
> Your Speedify purchase has
> been refunded.
> ****************************************
>
>
>
> Alex from Speedify here. Just wanted to let you know we refunded your
> purchase of .
>
>
>
> This refund should appear on your bank statement in 3-5 business days.
>
>
>
> I'm curious - are you canceling because of a problem? Here at Speedify we
> take customer satisfaction seriously and our support team is standing by
> to help you troubleshoot any issues with our service. Just reach out to us
> via email to support@ speedify. com ( support@speedify.com ).
>
>
>

> If you have one minute to spare, we would like to know how to make
> Speedify better - I appreciate your help with the short survey below.
>
>
>
> Why I Didn't Like Speedify (
> https://docs.google.com/forms/d/e/[REDACTED] /viewform
> )
>
>
>
>
> Thanks for giving Speedify a chance.
> Alex | Speedify
>
>
>
>
>
> Invoice #502864
> View Online (
> https://connectify.recurly.com/account/invoices/502864?ht=[REDACTED]
> )
> Michael Williams
> [REDACTED] [REDACTED] [REDACTED] Australia
> Total Refund
> $450.00
> PayPal Refund
> $450.00
>
>
>
>
>
> Description Subtotal Speedify Pro Router Yearly 3000GB Subscription -$450.00
> Jan 25, 2026 – Jan 25, 2027
>
>
>
>
>
> Subtotal -$450.00 Total Refund -$450.00 Payment Refund $450.00 Credit
> Redeemed $0.00 Credit Balance $0.00
>
>
>
>
>
>
>
>
>