UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

MICHAEL WILLIAMS,
Plaintiff,

v.

CONNECTIFY, INC. et al.,
Defendants.

---

# EXHIBIT C

## Support Ticket #676251 - Complete Transcript

Complete email transcript of Speedify HelpScout Support Ticket #676251, documenting the support interaction from January 25-27, 2026, including Declarant's performance complaints, Gizis ultimatum, and Declarant's explicit rejection of cancellation.

*Authenticated per FRE 901(b)(1) as email communications received and sent by Declarant.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

| From: | Michael Williams &lt;Michael.Williams@glexia.com&gt; |
|---|---|
| To: | Alex Gizis &lt;support@speedify.com&gt; |
| Cc: | sales@speedify.com, privacy@speedify.com |
| Date: | Mon, 26 Jan 2026 20:29:36 +0000 |
| Subject: | Re: Urgent: Redundant bonding drops entire tunnel when any WAN flaps + Router license/billing clarification |

Hi Alex,

We obviously want to resolve the issue. We're in the process of preparing legal proceedings to ensure they are resolved to our satisfaction. We will update you once proceedings have been filed.

Furthermore, we will remain available to troubleshoot the issue; however, the product just does not work - it's always slower on the network, is not fit for purpose and generally completely unsatisfactory.

Regards,

Michael Williams

*Michael B. Williams*
Glexia - An IT Company

Book a Meeting With Me ( [REDACTED][REDACTED] )

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

On Mon, Jan 26, 2026 at 13:13:21, Alex Gizis < support@speedify.com > wrote:

>
>
>
>
>
>
>
>
>
> *Alex* replied
> --------------
>
>
>
> Cc: sales@ speedify. com ( sales@speedify.com ) , privacy@ speedify. com (
> privacy@speedify.com )
>
>
> Jan 26 , 2:13pm
> Hi Michael,
> We're here to help get this resolved and make your experience with
> Speedify a great one.
>
> You first reported the issue on Sunday, January 25 , and our team responded
> the same day. Since then, we've reviewed the logs and information you've
> shared, and we've been actively analyzing the data to better understand
> what's happening and identify the best path forward.
>
> Speedify includes a 30 day money-back guarantee, so if the product isn't
> meeting your needs, we will provide a full refund.
>
> Our support team does its best work through collaborative,
> solution-focused communication, and that's the only way that we can make
> real progress.
>

> With that in mind, please let us know how you'd like to proceed:
>
>
> * If you'd like to continue troubleshooting, we're ready to work together
> to resolve the issue in a professiional manner, or
>
> * If you'd prefer a refund, just let us know and we'll take care of it
> promptly.
>
>
>
>
> Thanks for your time. We're here, we're engaged, and we're looking forward
> to getting this resolved with you in a positive manner.
>
> Best regards,
> Alex
>
>
>
>
>
>
> *Alex Gizis*
> support@ speedify. com ( support@speedify.com )
>
> twitter ( https://twitter.com/speedify ) youtube (
> https://www.youtube.com/speedify/live ) facebook (
> https://www.facebook.com/speedify/ ) instagram (
> https://www.instagram.com/speedify ) twitch (
> https://www.twitch.tv/speedify )
>
>
>
> How would you rate my reply?
>
>
>
>
>
>
>
>
> *Michael Williams* replied
> --------------------------
>
> Jan 25 , 7:24pm
> WITHOUT PREJUDICE SAVE AS TO COSTS
> (SECTION 10 "PRESERVATION NOTICE" IS OPEN / NOT WITHOUT PREJUDICE)
>
> 25 January 2026
>
> BY EMAIL:
>
>
>
>
>
>
>
> *Michael Williams* replied
> --------------------------
>
> Jan 25 , 6:48pm
> Correct, three different dishes. We also tried it with 10 different
> starlinks same issue. Peplink and other providers don't have any issue and
> we're getting 1gbps+ on other bonding routers.
> *Michael B. Williams* Glexia - An IT Company
>

> Book a Meeting With Me ( [REDACTED][REDACTED]                           )
>
> USA Direct: +1 978 477 6797USA Toll Free: +1 800 675 0297 x101AUS Direct:
> +61 3 8594 2265AUS Toll Free: +61 1800 931 724 x101Fax: +1.815-301-5570
>
> Michael. Williams@ glexia. com ( Michael.Williams@glexia.com )
> Michael. Williams@ secure. glexia. com ( Michael.Williams@secure.glexia.com
> ) (High-Security Correspondence) https:/ / www. glexia. com/ (
> https://www.glexia.com/ )
>
> Legal Notice:
> The information in this electronic mail message is the sender's
> confidential business and may be legally privileged. It is intended solely
> for the addressee(s). Access to this internet electronic mail message by
> anyone else is unauthorized. If you are not the intended recipient, any
> disclosure, copying, distribution or any action taken or omitted to be
> taken in reliance on it is prohibited and may be unlawful.
>
>
>
>
>
>
>
>
>
>
> *Brian* replied
> --------------
>
> Jan 25 , 6:46pm
> So are all three WANs in your logs going to a different Starlink dish?
>
>
>
>
>
>
> *Brian Prodoehl*
> support@ speedify. com ( support@speedify.com )
>
> twitter ( https://twitter.com/speedify ) youtube (
> https://www.youtube.com/speedify/live ) facebook (
> https://www.facebook.com/speedify/ ) instagram (
> https://www.instagram.com/speedify ) twitch (
> https://www.twitch.tv/speedify )
>
>
>
>
>
>
>
>
>
> *Michael Williams* replied
> -------------------------
>
> Jan 25 , 6:44pm
> Tested individually on each, they are 8-100 mbps down and 30-40 mbps up.
> When I directly connect to the router they run at that rate. This is
> consistently directly connecting to the WiFi network for each starlink.
>
> We have tried every mode every setting and always errors despite having
> perfect connectiosn on our starlinks.
>
> Regards,
>
> Michael Williams

> *Michael B. Williams* Glexia - An IT Company
>
> Book a Meeting With Me ( [REDACTED] )
>
> USA Direct: +1 978 477 6797USA Toll Free: +1 800 675 0297 x101AUS Direct:
> +61 3 8594 2265AUS Toll Free: +61 1800 931 724 x101Fax: +1.815-301-5570
>
> Michael. Williams@ glexia. com ( Michael.Williams@glexia.com )
> Michael. Williams@ secure. glexia. com ( Michael.Williams@secure.glexia.com
> ) (High-Security Correspondence) https:/ / www. glexia. com/ (
> https://www.glexia.com/ )
>
> Legal Notice:
> The information in this electronic mail message is the sender's
> confidential business and may be legally privileged. It is intended solely
> for the addressee(s). Access to this internet electronic mail message by
> anyone else is unauthorized. If you are not the intended recipient, any
> disclosure, copying, distribution or any action taken or omitted to be
> taken in reliance on it is prohibited and may be unlawful.
>
>
>
>
>
>
>
>
>
>
> *Brian* replied
> ---------------
>
> Jan 25 , 6:41pm
> Thanks for sending these. Can you please confirm how fast your WAN
> connections are? In these logs, I see you using streaming mode, and wlan0,
> eth0 and eth1 all look like they're maxing out at less than 2Mbps upload
> each, or at least that where we're starting to see signs of congestion on
> them that makes us think that they're probably not capable of much more.
>
>
>
>
>
>
> *Brian Prodoehl*
> support@ speedify. com ( support@speedify.com )
>
> twitter ( https://twitter.com/speedify ) youtube (
> https://www.youtube.com/speedify/live ) facebook (
> https://www.facebook.com/speedify/ ) instagram (
> https://www.instagram.com/speedify ) twitch (
> https://www.twitch.tv/speedify )
>
>
>
>
>
>
>
>
>
> *Michael Williams* replied
> --------------------------
>
> Jan 25 , 6:09pm
> Multkple erros consistently
>
>

> 
> 
> 
> 
> 
> *Michael Williams* replied
> -------------------------
> 
> Jan 25 , 6:09pm
> Multkple erros consistently
> 
> 
> 
> 
> 
> 
> 
> *Michael Williams* replied
> -------------------------
> 
> Jan 25 , 3:14pm
> Ok no I will keep the router license then thank you. I didn't know it
> would stop working.
> 
> 
> 
> *Michael B. Williams* Glexia - An IT Company
> 
> Book a Meeting With Me ( [REDACTED][REDACTED]                    )
> 
> USA Direct: +1 978 477 6797USA Toll Free: +1 800 675 0297 x101AUS Direct:
> +61 3 8594 2265AUS Toll Free: +61 1800 931 724 x101Fax: +1.815-301-5570
> 
> Michael. Williams@ glexia. com ( Michael.Williams@glexia.com )
> Michael. Williams@ secure. glexia. com ( Michael.Williams@secure.glexia.com
> ) (High-Security Correspondence) https:/ / www. glexia. com/ (
> https://www.glexia.com/ )
> 
> Legal Notice:
> The information in this electronic mail message is the sender's
> confidential business and may be legally privileged. It is intended solely
> for the addressee(s). Access to this internet electronic mail message by
> anyone else is unauthorized. If you are not the intended recipient, any
> disclosure, copying, distribution or any action taken or omitted to be
> taken in reliance on it is prohibited and may be unlawful.
> 
> 
> 
> 
> 
> 
> 
> *Vojislav* replied
> -----------------
> 
> Jan 25 , 1:40pm
> Hello Michael,
> 
> Thank you for contacting Speedify Support.
> 
> We didn't receive any other reports of issues in Redundant mode on the
> X510, and we didn't observe any similar issues in our testing. Please send
> us a copy of the logs from the device and give us a timestamp of when you
> saw the issues, or even better, if you can reproduce the issue, please
> send us a copy of the logs generated right after. I will forward them to
> our engineers along with your detailed explanation and the troubleshooting
> steps you already tried.
> You can generate the logs from the WebUI System > Logs > Report
>

> 
> 
> 
> 
> Regarding the Router License, it allows you to use Speedify on a router
> device. The regular Individual, Family, and Team licenses can only be used
> on Linux, Windows, MacOS, iOS, and Android devices.
> The confusion comes from the fact that each Miri router comes with a 90
> free Router License. That's why you potentially saw it working even if you
> didn't purchase the Router license at the time. Since you purchased the
> Yearly Router License, the 90 days that came free with the router were
> added to the subscription, making it valid till March 2027 instead of
> January 2027.
> I hope that clears it up, but let me know if you have more questions or if
> you want to proceed with the refund.
> 
> 
> 
> Best Regards,
> 
> 
> 
> 
> 
> 
> *Vojislav H.*
> support@ speedify. com ( support@speedify.com )
> 
> twitter ( https://twitter.com/speedify ) youtube (
> https://www.youtube.com/speedify/live ) facebook (
> https://www.facebook.com/speedify/ ) instagram (
> https://www.instagram.com/speedify ) twitch (
> https://www.twitch.tv/speedify )
> 
> 
> 
> 
> 
> {#HS:3209094917-676350#}
> 
> 
> This email has been limited to the 10 most recent threads.
> 
> 
> 
> 
> 
> 
> 

| From: | Michael Williams &lt;Michael.Williams@glexia.com&gt; |
|---|---|
| To: | "Vojislav H." &lt;support@speedify.com&gt;, sales@speedify.com, privacy@speedify.com |
| Date: | Mon, 26 Jan 2026 00:24:10 +0000 |
| Subject: | FORMAL NOTICE OF DISPUTE – SPEEDIFY "PRO ROUTER YEARLY 3000GB" SUBSCRIPTION   INVOICE #502472 | SUPPORT TIC |

WITHOUT PREJUDICE SAVE AS TO COSTS

(SECTION 10 "PRESERVATION NOTICE" IS OPEN / NOT WITHOUT PREJUDICE)

25 January 2026

BY EMAIL: support@speedify.com ; sales@speedify.com ; privacy@speedify.com

AND BY POST/COURIER:

Connectify, Inc. (trading as "Speedify")

Attn: Legal Department

601 Spring Garden St, 3rd Floor

Philadelphia, PA 19123

United States

Dear Sir/Madam,

RE: FORMAL NOTICE OF DISPUTE – SPEEDIFY "PRO ROUTER YEARLY 3000GB" SUBSCRIPTION

INVOICE #502472 | SUPPORT TICKET #676251

NOTICE OF INTENDED PROCEEDINGS (AUSTRALIA) AND PRESERVATION OF EVIDENCE

## 1. PARTIES

1.1 I am Michael B. Williams of [REDACTED], Australia ("Consumer").

1.2 Your entity is Connectify, Inc. trading as "Speedify" ("Connectify/Speedify").

1.3 My Speedify account email: Michael.Williams@glexia.com

Invoice / Order ID: Invoice #502472

Support Ticket: #676251 (and Helpscout reference {#HS:3209094917-676350#})

Purchase date: 25 January 2026

Amount paid/charged: 450.00 (paid via PayPal; currency as charged by PayPal/processor) (among other payments for your services, some of which have been refunded).

Plan: Speedify Pro Router Yearly 3000GB Subscription ("Speedify for Routers")

Platform used: Direct purchase via Speedify/Connectify online checkout (not Apple App Store / Google Play)

## 2. PURPOSE AND REPRESENTATIONS RELIED UPON

2.1 I purchased Speedify for the purpose of bonding multiple WAN connections on a router (including Starlink and other WAN links) to achieve:

(a) genuine redundancy/failover (so that instability on one WAN does not interrupt connectivity);

(b) stable business communications (Teams/VoIP/video calls) and reliable internet for work; and

(c) improved throughput/connection stability when multiple WANs are available.

2.2 I relied on representations and conduct including (non■exhaustive):

(a) representations that Speedify can combine/bond multiple internet connections to improve speed and/or reliability and reduce interruptions;

(b) representations (express and implied) that "Redundant" mode maintains continuity by using remaining stable connections when one connection drops/flaps; and

(c) representations as to refund/cancellation rights, including a 30■day money-back guarantee / refund policy (together, the "Representations").

## 3. SUMMARY OF ISSUES

3.1 Critical failure of core purpose (bonding/failover does not work as represented):

(a) In real■world multi■WAN operation, when any one WAN connection flaps / experiences brief packet loss (Starlink being the obvious example), Speedify drops the entire tunnel across ALL connections, including links that remain stable.

(b) This is the opposite of redundancy. It causes repeated outages/reconnects and business disruption (including dropped work calls), and renders the service unfit for the purpose for which it was purchased.

(c) In practice, bypassing Speedify entirely (directly using a single WAN) has been more stable than running Speedify in redundant mode.

3.2 Context / environment (as documented in my communications with your support):

(a) Router platform: Miri / "Powered by Speedify" router environment (including X510 reference in your correspondence).

(b) Multi■WAN environment including multiple Starlink connections and other WAN links.

(c) I provided the details you requested, including WAN speed confirmation and troubleshooting context, yet the core defect remains.

3.3 Support and complaint handling:

(a) I reported this defect to you and requested meaningful technical assistance and/or remedy.

(b) Responses have not resolved the issue and have not provided a substantive fix or escalation outcome.

3.4 Billing/licensing concerns:

(a) The Router plan packaging/licensing is confusing (including the separation between router licensing and "normal" plans), and in the circumstances of a non■functioning core feature, appears to operate as an unfair or misleading upsell rather than clear, honest product packaging.

3.5 Public complaints (online reviews) indicating foreseeability/notice:

(a) Public reviews for Speedify (including on Trustpilot) include repeated allegations consistent with my experience, including: the service slowing down connections; difficulty cancelling/obtaining refunds; continued charges after cancellation; and non■responsive or unhelpful support.

(b) These publicly reported complaints are relevant to whether you were on notice of systemic issues and whether your Representations to consumers were misleading.

## 4. LEGAL BASIS (AUSTRALIA) – NON■EXHAUSTIVE

4.1 This letter is not a complete statement of my case. However, based on the matters above, I contend you have engaged in conduct and/or supplied services giving rise to causes of action and statutory breaches including (without limitation):

(a) misleading or deceptive conduct (Australian Consumer Law ("ACL") s 18);

(b) false or misleading representations about services, performance, refunds, and rights/remedies (ACL s 29);

(c) breaches of consumer guarantees for services, including due care and skill and fitness for purpose (ACL ss 60–62);

(d) unfair contract terms / unfair practices (including potentially ACL ss 23–28 and related provisions, depending on the terms relied upon);

(e) breach of contract;

(f) negligence / negligent misstatement; and

(g) unjust enrichment / money had and received, for monies retained where there has been a failure of consideration.

4.2 To the extent you rely on any term purporting to exclude or limit liability or restrict remedies, I put you on notice that consumer guarantees and statutory remedies under the ACL cannot be excluded in the manner commonly attempted in standard form consumer terms.

4.3 If evidence supports that any relevant Representations were made knowingly false, recklessly, or without reasonable grounds, I reserve the right to plead fraudulent misrepresentation and seek all available relief.

6. DEADLINE AND NEXT STEPS

6.1 Unless this dispute is resolved to my satisfaction within 14 days of the date of this letter (i.e., by 8 February 2026 ), I am instructed to commence proceedings without further notice.

6.2 Proceedings are intended to be commenced in Australia. I will seek orders including (as applicable): refund(s), damages/compensation, interest, costs, and any other relief the court/tribunal considers appropriate.

7. GOOD FAITH / ADR

7.1 This letter is sent as a genuine attempt to resolve the dispute prior to litigation. I remain willing to consider reasonable proposals for resolution, including written negotiation or mediation, provided your response is prompt and substantive.

8. NOTICE TO DIRECT COMMUNICATIONS

8.1 All communications should be directed to:

Name: Michael B. Williams

Email: Michael.Williams@glexia.com

Phone (AU): +61 1800 931 724 / +61 3 8594 2265

Phone (US): +1 978 477 6797 / +1 800 675 0297 x101

Postal address: [REDACTED] , Australia

8.2 If you have lawyers instructed, please have them contact me directly.

9. INFORMATION AND DOCUMENTS REQUESTED (PRE■ACTION)

9.1 Please provide within 14 days:

(a) complete billing history for my account (dates, amounts, currency, payment processor, transaction IDs);

(b) account/subscription status history (creation, renewals, cancellations, plan changes);

(c) cancellation and refund audit trail (time/date, method used, system logs confirming cancellation actions);

(d) refund decision record(s), including internal notes and policy basis relied upon;

(e) copies of all support tickets, chat logs, email correspondence and internal notes concerning my account (including Ticket #676251 and related internal records); and

(f) any technical logs you hold relating to my account and the performance issues complained of (including tunnel/session logs, failover events, server selection, error logs, diagnostics, and any relevant device identifiers).

10. PRESERVATION NOTICE / LITIGATION HOLD (OPEN – NOT WITHOUT PREJUDICE)

10.1 You are now on notice that litigation is reasonably contemplated. You must immediately take all steps necessary to preserve all documents and electronically stored information ("ESI") that may be relevant to this dispute and the anticipated proceedings.

10.2 This obligation extends to all data in the possession, custody or control of Connectify, including data held by your officers, employees, contractors, agents and third■party service providers (including, without limitation, payment processors and any ticketing/support platforms).

10.3 Without limitation, you must preserve:

(a) all records relating to my account and transactions (billing, renewals, cancellation, refunds, disputes);

(b) all customer support records (tickets, emails, chat transcripts, internal notes, escalations, QA reviews);

(c) all marketing materials and representations relevant to performance, bonding/speed claims, reliability/failover, "money■back guarantee", and cancellation/refund processes, including all versions over time (web pages, app listings, in■app screens, checkout flows);

(d) all internal policies, training, scripts and decision trees relating to refunds, cancellations, renewals, retention, and complaint handling;

(e) all technical records relevant to service performance (server/client logs, session stability, failover events, throughput/latency/packet loss metrics, crash reports, error logs);

(f) records evidencing your knowledge of consumer complaints or systemic issues relevant to bonding/redundant mode/failover;

(g) all internal communications relevant to the above (email, Slack/Teams/Discord, Jira/GitHub, meeting notes); and

(h) all metadata/audit trails showing creation/modification/access/deletion of relevant materials.

10.4 You must immediately suspend any routine deletion, log rotation, retention limits, auto■purge settings, ephemeral messaging deletion, and any other process that could destroy relevant information. If any relevant information has already been deleted, you must identify what was

deleted, when, how, and by whom, and what steps (if any) have been taken to recover it.

10.5 Please provide written confirmation within 7 days (by 1 February 2026 ) that:

(a) a litigation hold has been issued to relevant custodians;

(b) deletion/rotation policies have been suspended for relevant data; and

(c) relevant materials will be preserved until final resolution of this dispute and any proceedings.

11. RESERVATION OF RIGHTS

11.1 All rights are reserved. Nothing in this letter is a waiver of any rights, remedies, or causes of action.

Yours faithfully,

Michael B. Williams

25 January 2026

*Michael B. Williams*
Glexia - An IT Company

Book a Meeting With Me ( [REDACTED][REDACTED]                              )

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.