UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
  Plaintiff,

v.

CONNECTIFY, INC. et al.,
  Defendants.

# EXHIBIT D

## Unauthorized Service Deactivation Emails

Three automated deactivation emails from Speedify confirming unauthorized cancellation
of all three subscription plans, each falsely referencing a "cancellation request":
(1) Pro Router Yearly 3000GB — January 27, 2026 at 14:39:55 UTC
(2) Families Unlimited Three Year — January 27, 2026 at 14:54:41 UTC
(3) Dedicated Server Yearly — December 3, 2025 at 13:23:11 UTC

*Authenticated per FRE 901(b)(1) as emails received by Declarant from Speedify systems.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

| **From:** | Speedify Support &lt;support@speedify.com&gt; |
|---|---|
| **To:** | Michael.Williams@glexia.com |
| **Date:** | Tue, 27 Jan 2026 14:39:55 +0000 |
| **Subject:** | Your Speedify Pro Router Yearly 3000GB Subscription plan has been deactivated. |

Your Speedify plan has expired. Here are your options.

Alex from Speedify here. As a follow up to your cancellation request, this email confirms that your Speedify Pro Router Yearly 3000GB Subscription plan is now expired.

Thank you for your support, it has been a pleasure serving you and we look forward to the opportunity to do so again in the future. Alex | Speedify

---

| **From:** | Speedify Support &lt;support@speedify.com&gt; |
|---|---|
| **To:** | Michael.Williams@glexia.com |
| **Date:** | Tue, 27 Jan 2026 14:54:41 +0000 |
| **Subject:** | Your Speedify Families Unlimited Three Year Subscription plan has been deactivated. |

Your Speedify plan has expired. Here are your options.

Alex from Speedify here. As a follow up to your cancellation request, this email confirms that your Speedify Families Unlimited Three Year Subscription plan is now expired.

Thank you for your support, it has been a pleasure serving you and we look forward to the opportunity to do so again in the future. Alex | Speedify

---

| **From:** | Speedify Support &lt;support@speedify.com&gt; |
|---|---|
| **To:** | michael.williams@glexia.com |
| **Date:** | Wed, 03 Dec 2025 13:23:11 +0000 |
| **Subject:** | Your Speedify Dedicated Server Yearly plan has been deactivated. |

Your Speedify plan has expired. Here are your options.

Alex from Speedify here. As a follow up to your cancellation request, this email confirms that your Speedify Dedicated Server Yearly plan is now expired.

Thank you for your support, it has been a pleasure serving you and we look forward to the opportunity to do so again in the future. Alex | Speedify