UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
  Plaintiff,

v.

CONNECTIFY, INC. et al.,
  Defendants.

# EXHIBIT E

## Alexander Gizis Communications

Complete email thread regarding Speedify self-hosted router license, including
Alexander C. Gizis (CEO, Connectify, Inc.) ultimatum to accept refund or continue
troubleshooting, and Declarant's explicit rejection of cancellation.
Demonstrates retaliatory termination pattern: Gizis presented false binary choice,
then unilaterally cancelled all services when Declarant asserted legal rights.

*Authenticated per FRE 901(b)(1) as email communications received and sent by Declarant.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

| From: | Michael Williams &lt;Michael.Williams@glexia.com&gt; |
|---|---|
| To: | Alex Gizis &lt;support@speedify.com&gt; |
| Date: | Tue, 27 Jan 2026 16:14:33 +0000 |
| Subject: | Re: Self hosted router license |

We have reached out to your CEO directly, as we were not getting anywhere with support here. We completely disagree with your legal conclusions and will take immediate action to protect our interests. As you might imagine, your unilateral cancellation and attack upon us will not go unnoticed.

I otherwise reserve all rights.

Regards,

Michael Williams

*Michael B. Williams*
Glexia - An IT Company

Book a Meeting With Me ( [REDACTED][REDACTED]                    )

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

On Tue, Jan 27, 2026 at 10:06:33, Alex Gizis < support@speedify.com > wrote:

>
>
>
>
>
>
>
>
>
> *Alex* replied
> --------------
>
> Jan 27 , 11:06am
> Mr. Williams,
> Your full refund has been issued for both your Family and Router Speedify
> licenses.
>
> As I am sure your legal team informed you when they reviewed our terms of
> service, our liability is limited to the amount you paid us, or $100
> whichever is higher. We refunded both your purchases, and this is the end
> of the legal matter.
>
> Your decision to contact company employees on their unlisted personal
> phones and threatening liens against their homes has ended our
> relationship. I wish you the best of luck, but do not contact us again.
>
> We are also not interested in your help in operating a vehicle without
> valid inspection, but thank you for the offer.
>
> We will not be responding to any further communications.
>
>
>
>
>
>
> *Alex Gizis*
> support@ speedify. com ( support@speedify.com )

\> 
\> twitter ( https://twitter.com/speedify ) youtube (
\> https://www.youtube.com/speedify/live ) facebook (
\> https://www.facebook.com/speedify/ ) instagram (
\> https://www.instagram.com/speedify ) twitch (
\> https://www.twitch.tv/speedify )
\> 
\> 
\> 
\> How would you rate my reply?
\> 
\> 
\> 
\> 
\> 
\> 
\> 
\> 
\> *Michael Williams* replied
\> --------------------------
\> 
\> Jan 27 , 9:14am
\> Just checking if you could clarify whether the router license can be used
\> with self-hosted servers, or if it's limited to the Speedify client.
\> 
\> 
\> 
\> 
\> 
\> 
\> 
\> *Michael B. Williams*
\> Glexia - An IT Company
\> 
\> 
\> 
\> Book a Meeting With Me ( [REDACTED][REDACTED]                        )
\> 
\> 
\> 
\> USA Direct: +1 978 477 6797
\> USA Toll Free: +1 800 675 0297 x101
\> AUS Direct: +61 3 8594 2265
\> AUS Toll Free: +61 1800 931 724 x101
\> Fax: +1.815-301-5570
\> 
\> 
\> 
\> Michael. Williams@ glexia. com ( Michael.Williams@glexia.com )
\> Michael. Williams@ secure. glexia. com ( Michael.Williams@secure.glexia.com
\> ) (High-Security Correspondence)
\> https:/ / www. glexia. com/ ( https://www.glexia.com/ )
\> 
\> 
\> Legal Notice:
\> The information in this electronic mail message is the sender's
\> confidential business and may be legally privileged. It is intended solely
\> for the addressee(s). Access to this internet electronic mail message by
\> anyone else is unauthorized. If you are not the intended recipient, any
\> disclosure, copying, distribution or any action taken or omitted to be
\> taken in reliance on it is prohibited and may be unlawful.
\> 
\> 
\> 
\> 
\> 
\> On Sun, Jan 25, 2026 at 12:46 AM, Michael Williams < Michael. Williams@ glexia.
\> com ( Michael.Williams@glexia.com ) > wrote:
\>

>> Can we connect router license (Miri etc) to self hosted servers or only
>> Speedify client?
>>
>>
>>
>>
>>
>>
>> *Michael B. Williams*
>> Glexia - An IT Company
>>
>>
>>
>> Book a Meeting With Me ( [REDACTED] )
>>
>>
>>
>> USA Direct: +1 978 477 6797
>> USA Toll Free: +1 800 675 0297 x101
>> AUS Direct: +61 3 8594 2265
>> AUS Toll Free: +61 1800 931 724 x101
>> Fax: +1.815-301-5570
>>
>>
>>
>> Michael. Williams@ glexia. com ( Michael.Williams@glexia.com )
>> Michael. Williams@ secure. glexia. com ( Michael.Williams@secure.glexia.com
>> ) (High-Security Correspondence)
>> https:/ / www. glexia. com/ ( https://www.glexia.com/ )
>>
>>
>> Legal Notice:
>> The information in this electronic mail message is the sender's
>> confidential business and may be legally privileged. It is intended solely
>> for the addressee(s). Access to this internet electronic mail message by
>> anyone else is unauthorized. If you are not the intended recipient, any
>> disclosure, copying, distribution or any action taken or omitted to be
>> taken in reliance on it is prohibited and may be unlawful.
>>
>>
>>
>
>
>
>
>
>
>
>
>
>
> *Michael Williams* replied
> -------------------------
>
>
>
> Cc: sales@ speedify. com ( sales@speedify.com ) , privacy@ speedify. com (
> privacy@speedify.com )
>
>
> Jan 26 , 3:31pm
> Hi Alex,
>
> We obviously want to resolve the issue. We're in the process of preparing
> legal proceedings to ensure they are resolved to our satisfaction. We will
> update you once proceedings have been filed.
>
> Furthermore, we will remain available to troubleshoot the issue; however,
> the product just does not work - it's always slower on the network, is not

> fit for purpose and generally completely unsatisfactory.
>
> Regards,
>
> Michael Williams
>
>
>
> *Michael B. Williams* Glexia - An IT Company
>
> Book a Meeting With Me ( [REDACTED][REDACTED]                              )
>
> USA Direct: +1 978 477 6797USA Toll Free: +1 800 675 0297 x101AUS Direct:
> +61 3 8594 2265AUS Toll Free: +61 1800 931 724 x101Fax: +1.815-301-5570
>
> Michael. Williams@ glexia. com ( Michael.Williams@glexia.com )
> Michael. Williams@ secure. glexia. com ( Michael.Williams@secure.glexia.com
> ) (High-Security Correspondence) https:/ / www. glexia. com/ (
> https://www.glexia.com/ )
>
> Legal Notice:
> The information in this electronic mail message is the sender's
> confidential business and may be legally privileged. It is intended solely
> for the addressee(s). Access to this internet electronic mail message by
> anyone else is unauthorized. If you are not the intended recipient, any
> disclosure, copying, distribution or any action taken or omitted to be
> taken in reliance on it is prohibited and may be unlawful.
>
>
>
>
>
>
>
> *Michael Williams* replied
> -------------------------
>
>
>
> Cc: sales@ speedify. com ( sales@speedify.com ) , privacy@ speedify. com (
> privacy@speedify.com )
>
>
> Jan 26 , 3:31pm
> Hi Alex,
>
> We obviously want to resolve the issue. We're in the process of preparing
> legal proceedings to ensure they are resolved to our satisfaction. We will
> update you once proceedings have been filed.
>
> Furthermore, we will remain available to troubleshoot the issue; however,
> the product just does not work - it's always slower on the network, is not
> fit for purpose and generally completely unsatisfactory.
>
> Regards,
>
> Michael Williams
>
>
>
> *Michael B. Williams* Glexia - An IT Company
>
> Book a Meeting With Me ( [REDACTED][REDACTED]                              )
>
> USA Direct: +1 978 477 6797USA Toll Free: +1 800 675 0297 x101AUS Direct:
> +61 3 8594 2265AUS Toll Free: +61 1800 931 724 x101Fax: +1.815-301-5570
>
> Michael. Williams@ glexia. com ( Michael.Williams@glexia.com )
> Michael. Williams@ secure. glexia. com ( Michael.Williams@secure.glexia.com

> ) (High-Security Correspondence) https:/ / www. glexia. com/ (
> https://www.glexia.com/ )
>
> Legal Notice:
> The information in this electronic mail message is the sender's
> confidential business and may be legally privileged. It is intended solely
> for the addressee(s). Access to this internet electronic mail message by
> anyone else is unauthorized. If you are not the intended recipient, any
> disclosure, copying, distribution or any action taken or omitted to be
> taken in reliance on it is prohibited and may be unlawful.
>
>
>
>
>
>
>
> *Speedify Support* replied
> -------------------------
>
>
>
> Cc: sales@ speedify. com ( sales@speedify.com ) , privacy@ speedify. com (
> privacy@speedify.com )
>
>
> Jan 26 , 2:13pm
>
>
> Hi Michael,
> We're here to help get this resolved and make your experience with
> Speedify a great one.
>
> You first reported the issue on Sunday, January 25 , and our team
> responded the same day. Since then, we've reviewed the logs and
> information you've shared, and we've been actively analyzing the
> data to better understand what's happening and identify the best
> path forward.
>
> Speedify includes a 30 day money-back guarantee, so if the product
> isn't meeting your needs, we will provide a full refund.
>
> Our support team does its best work through collaborative,
> solution-focused communication, and that's the only way that we can
> make real progress.
>
> With that in mind, please let us know how you'd like to proceed:
>
> * If you'd like to continue troubleshooting, we're ready to work
> together to resolve the issue in a professiional manner, or
>
> * If you'd prefer a refund, just let us know and we'll take care
> of it promptly.
>
> Thanks for your time. We're here, we're engaged, and we're
> looking forward to getting this resolved with you in a positive
> manner.
>
> Best regards,
> Alex
>
>
>
> ALEX GIZIS
> support@ speedify. com ( support@speedify.com )
>
> [1] [2] [3] [4] [5]
>
> How would you rate my reply?

> 
> 
> 
> Links:
> 
> 
> 
> 
> 
> 
> 
> *Alex* replied
> -------------
> 
> 
> 
> Cc: sales@ speedify. com ( sales@speedify.com ) , privacy@ speedify. com (
> privacy@speedify.com )
> 
> 
> Jan 26 , 2:13pm
> Hi Michael,
> We're here to help get this resolved and make your experience with
> Speedify a great one.
> 
> You first reported the issue on Sunday, January 25 , and our team responded
> the same day. Since then, we've reviewed the logs and information you've
> shared, and we've been actively analyzing the data to better understand
> what's happening and identify the best path forward.
> 
> Speedify includes a 30 day money-back guarantee, so if the product isn't
> meeting your needs, we will provide a full refund.
> 
> Our support team does its best work through collaborative,
> solution-focused communication, and that's the only way that we can make
> real progress.
> 
> With that in mind, please let us know how you'd like to proceed:
> 
> 
> * If you'd like to continue troubleshooting, we're ready to work together
> to resolve the issue in a professiional manner, or
> 
> * If you'd prefer a refund, just let us know and we'll take care of it
> promptly.
> 
> 
> 
> 
> Thanks for your time. We're here, we're engaged, and we're looking forward
> to getting this resolved with you in a positive manner.
> 
> Best regards,
> Alex
> 
> 
> 
> 
> 
> 
> *Alex Gizis*
> support@ speedify. com ( support@speedify.com )
> 
> twitter ( https://twitter.com/speedify ) youtube (
> https://www.youtube.com/speedify/live ) facebook (
> https://www.facebook.com/speedify/ ) instagram (
> https://www.instagram.com/speedify ) twitch (
> https://www.twitch.tv/speedify )
>

>
>
>
>
>
>
>
>
> *Michael Williams* replied
> -------------------------
>
> Jan 25 , 7:24pm
> WITHOUT PREJUDICE SAVE AS TO COSTS
> (SECTION 10 "PRESERVATION NOTICE" IS OPEN / NOT WITHOUT PREJUDICE)
>
> 25 January 2026
>
> BY EMAIL:
>
>
>
>
>
>
> *Michael Williams* replied
> -------------------------
>
> Jan 25 , 7:24pm
> WITHOUT PREJUDICE SAVE AS TO COSTS
> (SECTION 10 "PRESERVATION NOTICE" IS OPEN / NOT WITHOUT PREJUDICE)
>
> 25 January 2026
>
> BY EMAIL:
>
>
>
>
>
>
> *Michael Williams* replied
> -------------------------
>
> Jan 25 , 6:48pm
> Correct, three different dishes. We also tried it with 10 different
> starlinks same issue. Peplink and other providers don't have any issue and
> we're getting 1gbps+ on other bonding routers.
> *Michael B. Williams* Glexia - An IT Company
>
> Book a Meeting With Me ( [REDACTED][REDACTED]                    )
>
> USA Direct: +1 978 477 6797USA Toll Free: +1 800 675 0297 x101AUS Direct:
> +61 3 8594 2265AUS Toll Free: +61 1800 931 724 x101Fax: +1.815-301-5570
>
> Michael. Williams@ glexia. com ( Michael.Williams@glexia.com )
> Michael. Williams@ secure. glexia. com ( Michael.Williams@secure.glexia.com
> ) (High-Security Correspondence) https:/ / www. glexia. com/ (
> https://www.glexia.com/ )
>
> Legal Notice:
> The information in this electronic mail message is the sender's
> confidential business and may be legally privileged. It is intended solely
> for the addressee(s). Access to this internet electronic mail message by
> anyone else is unauthorized. If you are not the intended recipient, any
> disclosure, copying, distribution or any action taken or omitted to be
> taken in reliance on it is prohibited and may be unlawful.
>

>
>
>
>
>
>
>
>
>
> *Brian* replied
> ---------------
>
> Jan 25 , 6:46pm
> So are all three WANs in your logs going to a different Starlink dish?
>
>
>
>
>
>
> *Brian Prodoehl*
> support@ speedify. com ( support@speedify.com )
>
> twitter ( https://twitter.com/speedify ) youtube (
> https://www.youtube.com/speedify/live ) facebook (
> https://www.facebook.com/speedify/ ) instagram (
> https://www.instagram.com/speedify ) twitch (
> https://www.twitch.tv/speedify )
>
>
>
>
>
> {#HS:3211068257-676784#}
>
>
> This email has been limited to the 10 most recent threads.
>
>
>
>
>
>
>