UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
Plaintiff,

v.

CONNECTIFY, INC. et al.,
Defendants.

# EXHIBIT F

## Miri Technologies CTO Correspondence

Email from Ryan Brenneman, CTO of Miri Technologies (router manufacturer), confirming the router cannot function without Speedify and that deactivation renders the device inoperable.

*Authenticated per FRE 901(b)(1) as emails received by Declarant from Miri Technologies support system.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

| | |
|---|---|
| **From:** | Miri Insights Console &lt;insights@miri.tech&gt; |
| **To:** | "Michael.Williams@glexia.com" &lt;Michael.Williams@glexia.com&gt; |
| **Date:** | Tue, 16 Dec 2025 16:02:51 +0000 |
| **Subject:** | How was your support experience? - Ticket ST25-1153 |

How was your support experience?

Ticket ST25-1153 - SIM Card Trey Broken upon pull out - first time

Hi Michael Williams,

Thank you for contacting our support team. We've resolved your equipment ticket and would love to hear about your experience.

Your feedback helps us improve our service and better assist future customers. This quick survey takes less than 2 minutes to complete.

Share Your Feedback<https://insights.miri.tech/customer-survey?ticket=ST25-1153>
Ticket Summary:

Ticket: ST25-1153

Subject: SIM Card Trey Broken upon pull out - first time

Category: equipment

Priority: urgent

This survey link is unique to your ticket and will expire in 30 days. If you have any additional questions, please don't hesitate to contact our support team.

Best regards,
Miri Support Team
help@miri.tech<mailto:help@miri.tech>

| | |
|---|---|
| **From:** | Michael Williams &lt;Michael.Williams@glexia.com&gt; |
| **To:** | Miri Insights Console &lt;insights@miri.tech&gt; |
| **Date:** | Tue, 27 Jan 2026 15:32:22 +0000 |
| **Subject:** | Re: Support Response - ST26-1011: System Exception - Please Try Again Later |
| **Attachments:** | reports-20260127_103118.tgz |

Thank you! I'm in. Here are the logs (attached). Let me know if you need me to try anything else on my side.

*Michael B. Williams*
Glexia - An IT Company

Book a Meeting With Me ( [REDACTED][REDACTED]                    )

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

On Tue, Jan 27, 2026 at 09:21:36, Miri Insights Console < insights@miri.tech > wrote:

>
>
>
> *********************

> Support Team Response
> *********************
>
>
>
> We've updated your support ticket
>
>
>
>
> --------------
> Ticket Details
> --------------
>
>
>
> *Ticket ID:* ST26-1011
>
>
>
> *Title:* System Exception - Please Try Again Later
>
>
>
> *Priority:* ■ urgent
>
>
>
>
> ■ Latest Response
> -----------------
>
> ■ Support Team (Latest Response) Jan 27 , 10:21 AM ET
>
>
> From: ryan@ miri. tech ( ryan@miri.tech )
>
>
>
> Michael, here is the password to SSH the router: [REDACTED]
>
>
>
> Ryan Brenneman, CTO
>
>
> ■ Support Team Jan 27 , 10:12 AM ET
>
>
> From: ryan@ miri. tech ( ryan@miri.tech )
>
>
>
> Michael, this is the same Miri Technologies that you have emailed this
> morning. We wish we could help you but we are not related nor the same
> company.
>
>

> 
> Ryan Brenneman, CTO
> 
> 
> 
> 
> Need to Reply?
> --------------
> 
> 
> 
> Please visit our support portal to reply to this ticket:
> 
> Reply to Ticket ST26-1011 (
> https://insights.miri.tech/support/ticket/ST26-1011 )
> 
> 
> Thank you for choosing Miri Technologies
> *Support Team*
> 
> 
> 

---

| | |
|---|---|
| **From:** | Michael Williams &Lt;Michael.Williams@glexia.com&gt; |
| **To:** | Miri Insights Console &Lt;insights@miri.tech&gt; |
| **Date:** | Thu, 29 Jan 2026 00:40:48 +0000 |
| **Subject:** | Re: Support Response - ST26-1013: Router Crashed - System exception. Please try again later. |

Hi Ryan,

Thank you. I just needed this for my records, we figured that is the case. We are now pursuing urgent injunctive relief from the applicable courts and a court order to reinstate our service. Should they fail, we will hold Alex in contempt and seek a warrant for his arrest.

Regards,

Michael Williams

*Michael B. Williams*
Glexia - An IT Company

Book a Meeting With Me ( [REDACTED][REDACTED]                    )

USA Direct: +1 978 477 6797
USA Toll Free: +1 800 675 0297 x101
AUS Direct: +61 3 8594 2265
AUS Toll Free: +61 1800 931 724 x101
Fax: +1.815-301-5570

Michael.Williams@glexia.com
Michael.Williams@secure.glexia.com (High-Security Correspondence)
https://www.glexia.com/

Legal Notice:
The information in this electronic mail message is the sender's confidential business and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

On Wed, Jan 28, 2026 at 18:33:53, Miri Insights Console < insights@miri.tech > wrote:

> 
>

>
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> Support Team Response
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
>
>
>
> We've updated your support ticket
>
>
>
>
> --------------
> Ticket Details
> --------------
>
>
>
> *Ticket ID:* ST26-1013
>
>
>
> *Title:* Router Crashed - System exception. Please try again later.
>
>
>
> *Priority:* ■ urgent
>
>
>
>
> ■ Latest Response
> ----------------
>
> ■ Support Team (Latest Response) Jan 28 , 7:33 PM ET
>
>
> From: ryan@ miri. tech ( ryan@miri.tech )
>
>
>
> Michael, I don't think we need logs. Without Speedify enabled the router
> will not function properly. The sole purpose of the router is to run
> Speedify for bonding. I think the best option for us is to have you return
> the router to our distributor in Australia and allow us to reimburse the
> cost.
>
>
>
> Ryan Brenneman, CTO
>
>
>
>
> Need to Reply?
> --------------
>
>

>
> Visit our support portal and verify your email to view and reply to this
> ticket:
>
> View Ticket ST26-1013 (
> https://insights.miri.tech/support/lookup?ticket=ST26-1013 )
>
>
> Thank you for choosing Miri Technologies
> *Support Team*
>
>
>