MICHAEL WILLIAMS,
  Plaintiff,

v.

CONNECTIFY, INC. et al.,
  Defendants.

# EXHIBIT G

## Speedify Weekly Usage Reports

Ten consecutive automated weekly usage reports from Speedify systems,
December 7, 2025 through February 8, 2026, demonstrating continuous active
service use before and after the unauthorized deactivation on January 27, 2026.
Reports confirm ongoing data usage and service dependency throughout the entire period,
contradicting Defendants' characterization of a voluntary cancellation.

*Authenticated per FRE 901(b)(1) as automated emails received by Declarant from Speedify systems.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

| From: | Speedify &lt;support@speedify.com&gt; |
| To: | michael.williams@glexia.com |
| Date: | Sun, 07 Dec 2025 17:13:08 +0000 |
| Subject: | ■ How Speedify helped you – week of Dec 7, 2025 |

■ How Speedify helped you – week of Dec 7, 2025

■ Check out the stats on your Speedify usage for the week ending Sun Dec 07 2025!

Your Weekly Speedify Usage Report

Week ending Sun Dec 07 2025

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

106GB
68.49% Bonded

Total Time Connected

140.2 Hours

Failover Saves

140
Times Speedify kept you online

Stream Saves

0
Across 13 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.1

Speedify 16.1 Is Now Available The latest version 16.1 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, ... Read More

■■ New Video for This Week

Watch Now: Why LLMs in Apple's Xcode can't write Swift Code

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeWhy do ChatGPT, Claude, and other LLMs struggle with Swift and SwiftUI? In this video, we break down why Apple's ecosystem is harder for AI to learn from limited public Swift code to Apple's constant breaking changes. We discuss how most real-world Swift projects aren't open-source, why AI ... Read More

Have a Question? Tune in Every Wednesday

Join us LIVE Wednesday at 10am Eastern for Speedify Live Office Hours: networking technology discussion and Speedify Q&A with Alex Gizis and Speedify's software developers! Ask us anything and we'll try our best to answer live. Plus, stay up to date on what's new in Speedify software, like custom bypass and router performance-enhancing proxy, and what's coming next to Speedify!

We live stream new episodes of Speedify LIVE every week. You can also watch recordings of past live streams. Make sure you follow us on YouTube. This way, you will be the first to find out when there's something new being released.

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe

| From: | Speedify &lt;support@speedify.com&gt; |
| To: | michael.williams@glexia.com |
| Date: | Sun, 14 Dec 2025 17:13:03 +0000 |
| Subject: | ■ How Speedify helped you – week of Dec 14, 2025 |

■ How Speedify helped you – week of Dec 14, 2025

■ Check out the stats on your Speedify usage for the week ending Sun Dec 14 2025!

Your Weekly Speedify Usage Report

Week ending Sun Dec 14 2025

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

145GB
95.56% Bonded

Total Time Connected

289.5 Hours

Failover Saves

317
Times Speedify kept you online

Stream Saves

357
Across 53 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.1

Speedify 16.1 Is Now Available The latest version 16.1 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, ... Read More

■■ New Video for This Week

Watch Now: Why is Golang killing Docker performance?

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeIs Go still the right choice for backend development in 2025 or has its concurrency model become a performance liability? Alex and Brian from Speedify break down the real-world engineering tradeoffs between Go, Rust, Node.js, and C++. They dive into Golang's goroutines, mutex locking, race conditions, and synchronization ... Read More

How Speedify Works

How does Speedify work under the hood? Speedify's Alex Gizis takes a deep look at how Speedify's unique channel bonding VPN technology combines Wi-Fi, cellular, Ethernet, Starlink, and satellite connections into one seamless high-speed link.
Watch this video now!

Have a Question? Tune in Every Wednesday

Join us LIVE Wednesday at 10am Eastern for Speedify Live Office Hours: networking technology discussion and Speedify Q&A with Alex Gizis and Speedify's software developers! Ask us anything and we'll try our best to answer live. Plus, stay up to date on what's new in Speedify software, like custom bypass and router performance-enhancing proxy, and what's coming next to Speedify!

We live stream new episodes of Speedify LIVE every week. You can also watch recordings of past live streams. Make sure you follow us on YouTube. This way, you will be the first to find out when there's something new being released.

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe

| | |
|---|---|
| **From:** | Speedify &lt;support@speedify.com&gt; |
| **To:** | michael.williams@glexia.com |
| **Date:** | Sun, 21 Dec 2025 17:10:07 +0000 |
| **Subject:** | ■ How Speedify helped you – week of Dec 21, 2025 |

■ How Speedify helped you – week of Dec 21, 2025

■ Check out the stats on your Speedify usage for the week ending Sun Dec 21 2025!

Your Weekly Speedify Usage Report

Week ending Sun Dec 21 2025

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

30GB
85.28% Bonded

Total Time Connected

268.3 Hours

Failover Saves

332
Times Speedify kept you online

Stream Saves

378
Across 21 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.2

Speedify 16.2 Is Now Available The latest version 16.2 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, including ... Read More

■■ New Video for This Week

Watch Now: JavaScript Wasn't Supposed to Get This Big

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeJavaScript is the most widely used programming language in the world, but that popularity comes with tradeoffs. JavaScript is accessible, flexible, and everywhere, yet increasingly fragile at scale. The origins of JS trace back to Netscape's rushed creation of a scripting language for web browsers, branded as JavaScript ... Read More

How Speedify Works

How does Speedify work under the hood? Speedify's Alex Gizis takes a deep look at how Speedify's unique channel bonding VPN technology combines Wi-Fi, cellular, Ethernet, Starlink, and satellite connections into one seamless high-speed link.
Watch this video now!

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe

---

| | |
|---|---|
| **From:** | Speedify &Lt;support@speedify.com&gt; |
| **To:** | michael.williams@glexia.com |
| **Date:** | Sun, 28 Dec 2025 17:05:15 +0000 |
| **Subject:** | ■ How Speedify helped you – week of Dec 28, 2025 |

■ How Speedify helped you – week of Dec 28, 2025

■ Check out the stats on your Speedify usage for the week ending Sun Dec 28 2025!

Your Weekly Speedify Usage Report

Week ending Sun Dec 28 2025

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

168GB
65.66% Bonded

Total Time Connected

276.7 Hours

Failover Saves

318
Times Speedify kept you online

Stream Saves

0
Across 4 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.2

Speedify 16.2 Is Now Available The latest version 16.2 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, including ... Read More

■■ New Video for This Week

Watch Now: JavaScript Wasn't Supposed to Get This Big

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeJavaScript is the most widely used programming language in the world, but that popularity comes with tradeoffs. JavaScript is accessible, flexible, and everywhere, yet increasingly fragile at scale. The origins of JS trace back to Netscape's rushed creation of a scripting language for web browsers, branded as JavaScript ... Read More

How Speedify Works

How does Speedify work under the hood? Speedify's Alex Gizis takes a deep look at how Speedify's unique channel bonding VPN technology combines Wi-Fi, cellular, Ethernet, Starlink, and satellite connections into one seamless high-speed link.
Watch this video now!

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe

---

| From: | Speedify &lt;support@speedify.com&gt; |
|---|---|
| To: | michael.williams@glexia.com |
| Date: | Sun, 04 Jan 2026 17:07:34 +0000 |
| Subject: | ■ How Speedify helped you – week of Jan 4, 2026 |

■ How Speedify helped you – week of Jan 4, 2026

■ Check out the stats on your Speedify usage for the week ending Sun Jan 04 2026!

Your Weekly Speedify Usage Report

Week ending Sun Jan 04 2026

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

6GB
57.00% Bonded

Total Time Connected

114.9 Hours

Failover Saves

63
Times Speedify kept you online

Stream Saves

9
Across 7 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.2

Speedify 16.2 Is Now Available The latest version 16.2 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, including ... Read More

■■ New Video for This Week

Watch Now: JavaScript Wasn't Supposed to Get This Big

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeJavaScript is the most widely used programming language in the world, but that popularity comes with tradeoffs. JavaScript is accessible, flexible, and everywhere, yet increasingly fragile at scale. The origins of JS trace back to Netscape's rushed creation of a scripting language for web browsers, branded as JavaScript ... Read More

How Speedify Works

How does Speedify work under the hood? Speedify's Alex Gizis takes a deep look at how Speedify's unique channel bonding VPN technology combines Wi-Fi, cellular, Ethernet, Starlink, and satellite connections into one seamless high-speed link.
Watch this video now!

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe

---

| | |
|---|---|
| **From:** | Speedify &Lt;support@speedify.com&gt; |
| **To:** | michael.williams@glexia.com |
| **Date:** | Sun, 11 Jan 2026 18:05:06 +0000 |
| **Subject:** | ■ How Speedify helped you – week of Jan 11, 2026 |

■ How Speedify helped you – week of Jan 11, 2026

■ Check out the stats on your Speedify usage for the week ending Sun Jan 11 2026!

Your Weekly Speedify Usage Report

Week ending Sun Jan 11 2026

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

31GB
73.33% Bonded

Total Time Connected

166.8 Hours

Failover Saves

21
Times Speedify kept you online

Stream Saves

2105
Across 46 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.2

Speedify 16.2 Is Now Available The latest version 16.2 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, including ... Read More

■■ New Video for This Week

Watch Now: Earth is Becoming More Invisible to Space

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeEarth's astronomers and scientists use radio telescopes to listen to signals from space for extraterrestrial life, but Earth's own signals have become too quiet for the rest of the universe to hear us, even from the closest stars. Speedify engineers discuss how humanity's radio signals have become harder ... Read More

How Speedify Works

How does Speedify work under the hood? Speedify's Alex Gizis takes a deep look at how Speedify's unique channel bonding VPN technology combines Wi-Fi, cellular, Ethernet, Starlink, and satellite connections into one seamless high-speed link.
Watch this video now!

Have a Question? Tune in Every Wednesday

Join us LIVE Wednesday at 10am Eastern for Speedify Live Office Hours: networking technology discussion and Speedify Q&A with Alex Gizis and Speedify's software developers! Ask us anything and we'll try our best to answer live. Plus, stay up to date on what's new in Speedify software, like custom bypass and router performance-enhancing proxy, and what's coming next to Speedify!

We live stream new episodes of Speedify LIVE every week. You can also watch recordings of past live streams. Make sure you follow us on YouTube. This way, you will be the first to find out when there's something new being released.

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe

---

| From: | Speedify &lt;support@speedify.com&gt; |
|---|---|
| To: | michael.williams@glexia.com |
| Date: | Sun, 18 Jan 2026 17:14:31 +0000 |
| Subject: | ■ How Speedify helped you – week of Jan 18, 2026 |

■ How Speedify helped you – week of Jan 18, 2026

■ Check out the stats on your Speedify usage for the week ending Sun Jan 18 2026!

Your Weekly Speedify Usage Report

Week ending Sun Jan 18 2026

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

7GB
98.84% Bonded

Total Time Connected

52.3 Hours

Failover Saves

2
Times Speedify kept you online

Stream Saves

414
Across 3 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.3

Speedify 16.3 Is Now Available The latest version 16.3 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, including ... Read More

■■ New Video for This Week

Watch Now: Was the Verizon Outage Caused by a Cyber Attack?

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeVerizon's massive outage knocked out 5G and LTE service for hundreds of thousands, stopping calls, texts, iMessage, and mobile data. Was it a cyberattack caused by foreign hackers? The evidence points to a software failure, especially since Verizon MVNOs stayed online. That doesn't rule out a hack, but ... Read More

How Speedify Works

How does Speedify work under the hood? Speedify's Alex Gizis takes a deep look at how Speedify's unique channel bonding VPN technology combines Wi-Fi, cellular, Ethernet, Starlink, and satellite connections into one seamless high-speed link.
Watch this video now!

Have a Question? Tune in Every Wednesday

Join us LIVE Wednesday at 10am Eastern for Speedify Live Office Hours: networking technology discussion and Speedify Q&A with Alex Gizis and Speedify's software developers! Ask us anything and we'll try our best to answer live. Plus, stay up to date on what's new in Speedify software, like custom bypass and router performance-enhancing proxy, and what's coming next to Speedify!

We live stream new episodes of Speedify LIVE every week. You can also watch recordings of past live streams. Make sure you follow us on YouTube. This way, you will be the first to find out when there's something new being released.

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe

| From: | Speedify &lt;support@speedify.com&gt; |
|---|---|
| To: | Michael.Williams@glexia.com |
| Date: | Sun, 25 Jan 2026 17:42:58 +0000 |
| Subject: | ■ How Speedify helped you – week of Jan 25, 2026 |

■ How Speedify helped you – week of Jan 25, 2026

■ Check out the stats on your Speedify usage for the week ending Sun Jan 25 2026!

Your Weekly Speedify Usage Report

Week ending Sun Jan 25 2026

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

49GB
98.53% Bonded

Total Time Connected

8.5 Hours

Failover Saves

147
Times Speedify kept you online

Stream Saves

76
Across 7 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working

connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.3

Speedify 16.3 Is Now Available The latest version 16.3 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, including ... Read More

■■ New Video for This Week

Watch Now: Did Iran Use The BGP Protocol to Break Internet? New Details about Iran Internet Shutdown

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeHow did Iran shut off the internet using network protocols? Speedify engineers explain how new details show Iran was taken offline at the network level, not by blocking apps but by cutting global internet routes. We look at network protocols like BGP (Border Gateway Protocol), routing protocols, DNS, ... Read More

How Speedify Works

How does Speedify work under the hood? Speedify's Alex Gizis takes a deep look at how Speedify's unique channel bonding VPN technology combines Wi-Fi, cellular, Ethernet, Starlink, and satellite connections into one seamless high-speed link.
Watch this video now!

Have a Question? Tune in Every Wednesday

Join us LIVE Wednesday at 10am Eastern for Speedify Live Office Hours: networking technology discussion and Speedify Q&A with Alex Gizis and Speedify's software developers! Ask us anything and we'll try our best to answer live. Plus, stay up to date on what's new in Speedify software, like custom bypass and router performance-enhancing proxy, and what's coming next to Speedify!

We live stream new episodes of Speedify LIVE every week. You can also watch recordings of past live streams. Make sure you follow us on YouTube. This way, you will be the first to find out when there's something new being released.

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe

| | |
|---|---|
| **From:** | Speedify &lt;support@speedify.com&gt; |
| **To:** | Michael.Williams@glexia.com |
| **Date:** | Sun, 01 Feb 2026 17:08:50 +0000 |
| **Subject:** | ■ How Speedify helped you – week of Feb 1, 2026 |

■ How Speedify helped you – week of Feb 1, 2026

■ Check out the stats on your Speedify usage for the week ending Sun Feb 01 2026!

Your Weekly Speedify Usage Report

Week ending Sun Feb 01 2026

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

27GB
99.96% Bonded

Total Time Connected

45.0 Hours

Failover Saves

46
Times Speedify kept you online

Stream Saves

253
Across 6 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.3

Speedify 16.3 Is Now Available The latest version 16.3 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, including ... Read More

■■ New Video for This Week

Watch Now: Was the IPv6 Mess Predicted by IPv3, IPv4, and IPv5?

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeWas the IPv6 Mess predicted by IPv3, IPv4, and IPv5? IPv4 ran out of addresses and IPv6 adoption has stalled... but did you know the protocol before IPv4 already solved the IP address limit, back in the 1970s? Speedify engineers explain why IPv6 adoption has struggled, how NAT ... Read More

How Speedify Works

How does Speedify work under the hood? Speedify's Alex Gizis takes a deep look at how Speedify's unique channel bonding VPN technology combines Wi-Fi, cellular, Ethernet, Starlink, and satellite connections into one seamless high-speed link.
Watch this video now!

Have a Question? Tune in Every Wednesday

Join us LIVE Wednesday at 10am Eastern for Speedify Live Office Hours: networking technology discussion and Speedify Q&A with Alex Gizis and Speedify's software developers! Ask us anything and we'll try our best to answer live. Plus, stay up to date on what's new in Speedify software, like custom bypass and router performance-enhancing proxy, and what's coming next to Speedify!

We live stream new episodes of Speedify LIVE every week. You can also watch recordings of past live streams. Make sure you follow us on YouTube. This way, you will be the first to find out when there's something new being released.

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe

---

| | |
|---|---|
| **From:** | Speedify &lt;support@speedify.com&gt; |
| **To:** | michael@glexia.com |
| **Date:** | Sun, 08 Feb 2026 17:06:22 +0000 |
| **Subject:** | ■ You moved  24.7 GB with Speedify this week - Speedify had your back |

■ You moved 24.7 GB with Speedify this week - Speedify had your back

■ Check out the stats on your Speedify usage for the week ending Sun Feb 08 2026!

Your Weekly Speedify Usage Report

Week ending Sun Feb 08 2026

We hope you're enjoying your time with Speedify. Here are some quick stats on your usage over the past week.

Data Transferred

24.7GB
72.72% Bonded

Total Time Connected

5.6 Hours

Failover Saves

31
Times Speedify kept you online

Stream Saves

13
Across 2 Streams or Calls

About these stats

Failover Saves: How many times Speedify saved your work, by switching you from an internet connection that had stopped working to a working connection, without interrupting what you were doing.

Stream Saves: How many times Speedify intervened to prevent streaming emergencies.

Bonded Data: Data sent or received when Speedify was combining connections for a speed boost

What's New for This Week

Introducing Speedify 16.3

Speedify 16.3 Is Now Available The latest version 16.3 of Speedify is now available for your devices running Android, iOS, macOS, Windows, Linux and OpenWrt. Speedify enables you to securely combine multiple internet connections (Wi-Fi, 4G, 5G, Ethernet, Starlink, Satellite and more) to increase bandwidth, minimize latency and get failover protection. Make sure you update Speedify on all your devices, including ... Read More

■■ New Video for This Week

Watch Now: How Speedify Works

Speedify Alex Gizis & Speedify devs explain your connectivity tech ■Subscribe on YouTubeHow does Speedify work under the hood? Speedify's Alex Gizis takes a deep look at how Speedify's unique channel bonding VPN technology combines Wi-Fi, cellular, Ethernet, Starlink, and satellite connections into one seamless high-speed link. By routing traffic packet-by-packet through multiple connections, it boosts bandwidth, minimizes latency, and ... Read More

Have a Question? Tune in Every Wednesday

Join us LIVE Wednesday at 10am Eastern for Speedify Live Office Hours: networking technology discussion and Speedify Q&A with Alex Gizis and Speedify's software developers! Ask us anything and we'll try our best to answer live. Plus, stay up to date on what's new in Speedify software, like custom bypass and router performance-enhancing proxy, and what's coming next to Speedify!

We live stream new episodes of Speedify LIVE every week. You can also watch recordings of past live streams. Make sure you follow us on YouTube. This way, you will be the first to find out when there's something new being released.

Connectify Inc. 601 Spring Garden St, 3rd Floor, Philadelphia, PA 19123 USA
Terms of Service | Privacy Policy | Unsubscribe