UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
  Plaintiff,

v.

CONNECTIFY, INC. et al.,
  Defendants.

# EXHIBIT K

## Comprehensive Communication Log

Chronological listing of all 42 key communications in Williams v. Connectify, Inc. et al., compiled from email records across Exhibits B through J. December 2, 2025 through February 9, 2026. Includes onboarding emails, support tickets, deactivation notices, demand letters, court filings, and service of process correspondence.

*Authenticated per FRE 901(b)(1) as records compiled and maintained by Declarant.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

# EXHIBIT K — COMPREHENSIVE COMMUNICATION LOG

*Chronological listing of all key communications in Williams v. Connectify, Inc. et al., compiled from email records, support tickets, court filings, and certified mail. All times UTC.*

| # | Date (UTC) | From | To | Subject | Ex. |
|---|---|---|---|---|---|
| 1 | 2025-12-02 14:56 | Speedify | michael.williams@glexia.com | Getting started with your Speedify for Families account | B |
| 2 | 2025-12-02 14:56 | Speedify | michael.williams@glexia.com | You've been invited to use Speedify | B |
| 3 | 2025-12-03 13:23 | Speedify Support | michael.williams@glexia.com | Your Speedify Dedicated Server Yearly plan has been deactivated. | D |
| 4 | 2025-12-03 13:23 | Speedify Support | michael.williams@glexia.com | We successfully processed your refund for Speedify. Here are your opti | B |
| 5 | 2025-12-05 14:47 | Speedify | michael.williams@glexia.com | Welcome to Speedify! | B |
| 6 | 2025-12-07 17:13 | Speedify | michael.williams@glexia.com | ■ How Speedify helped you – week of Dec 7, 2025 | G |
| 7 | 2025-12-14 17:13 | Speedify | michael.williams@glexia.com | ■ How Speedify helped you – week of Dec 14, 2025 | G |
| 8 | 2025-12-16 16:02 | Miri Insights Console | Michael.Williams@glexia.com | How was your support experience? - Ticket ST25-1153 | F |
| 9 | 2025-12-21 17:10 | Speedify | michael.williams@glexia.com | ■ How Speedify helped you – week of Dec 21, 2025 | G |
| 10 | 2025-12-28 17:05 | Speedify | michael.williams@glexia.com | ■ How Speedify helped you – week of Dec 28, 2025 | G |
| 11 | 2026-01-04 17:07 | Speedify | michael.williams@glexia.com | ■ How Speedify helped you – week of Jan 4, 2026 | G |
| 12 | 2026-01-11 18:05 | Speedify | michael.williams@glexia.com | ■ How Speedify helped you – week of Jan 11, 2026 | G |
| 13 | 2026-01-18 17:14 | Speedify | michael.williams@glexia.com | ■ How Speedify helped you – week of Jan 18, 2026 | G |
| 14 | 2026-01-25 05:48 | Speedify Support | Michael.Williams@glexia.com | Confirmation: Thank you for your purchase of Speedify | B |
| 15 | 2026-01-25 05:48 | Speedify | Michael.Williams@glexia.com | Getting started with your Speedify for Routers plan | B |
| 16 | 2026-01-25 17:42 | Speedify | Michael.Williams@glexia.com | ■ How Speedify helped you – week of Jan 25, 2026 | G |
| 17 | 2026-01-26 00:24 | Michael Williams | Vojislav H. | FORMAL NOTICE OF DISPUTE – SPEEDIFY "PRO ROUTER YEARLY 3000GB" SUBSCRI | C/H |
| 18 | 2026-01-26 20:29 | Michael Williams | Alex Gizis | Re: Urgent: Redundant bonding drops entire tunnel when any WAN flaps + | C |
| 19 | 2026-01-26 21:00 | Reminder | Michael.Williams@glexia.com | Re: Router Account | E |
| 20 | 2026-01-27 14:39 | Speedify Support | Michael.Williams@glexia.com | Your Speedify Pro Router Yearly 3000GB Subscription plan has been deac | D |
| 21 | 2026-01-27 14:54 | Speedify Support | Michael.Williams@glexia.com | Your Speedify Families Unlimited Three Year Subscription plan has been | D |
| 22 | 2026-01-27 15:24 | Michael Williams | Speedify Support | Re: We successfully processed your refund for Speedify. Here are your | B |
| 23 | 2026-01-27 15:32 | Michael Williams | Miri Insights Console | Re: Support Response - ST26-1011: System Exception - Please Try Again | F |
| 24 | 2026-01-27 16:14 | Michael Williams | Alex Gizis | Re: Self hosted router license | E |
| 25 | 2026-01-27 19:14 | Michael Williams | uspto@connectify.me, kamran. | Notice of Anticipated U.S. District Court Litigation & Demand to Prese | H |
| 26 | 2026-01-29 00:40 | Michael Williams | Miri Insights Console | Re: Support Response - ST26-1013: Router Crashed - System exception. P | F |
| 27 | 2026-01-29 14:00 | Reminder | Michael.Williams@glexia.com | Re: Support Response - ST26-1011: System Exception - Please Try Again | F |
| 28 | 2026-01-29 14:00 | Reminder | Michael.Williams@glexia.com | Re: Unable to log into account | E |
| 29 | 2026-01-29 14:00 | Reminder | Michael.Williams@glexia.com | Re: Support Response - ST26-1011: System Exception - Please Try Again | F |
| 30 | 2026-01-30 17:14 | Michael Williams | agizis@connectify.me, Brian | FORMAL PRE■ACTION NOTICE (14■DAY NOTICE) – Intended Proceedings in the | H |
| 31 | 2026-02-01 17:08 | Speedify | Michael.Williams@glexia.com | ■ How Speedify helped you – week of Feb 1, 2026 | G |
| 32 | 2026-02-01 22:41 | Michael Williams | uspto@connectify.me, kamran. | Re: URGENT LEGAL NOTICE: Restore Speedify router access within 2 hours | H |

| # | Date (UTC) | From | To | Subject | Ex. |
|---|---|---|---|---|---|
| 33 | 2026-02-02 19:20 | Michael Williams | uspto@connectify.me, kamran. | AU NSW SC 2026/00043842: Michael Williams v Connectify, Inc. (trading | J |
| 34 | 2026-02-02 21:15 | Michael Williams | agizis@connectify.me, Brian | Re: URGENT - RESPONSE REQUIRED IN NEXT TWO (2) HOURS - IMMEDIATE RESTO | H |
| 35 | 2026-02-02 22:30 | Michael Williams | uspto@connectify.me, kamran. | FINAL DEMAND AND NOTICE OF BAD■FAITH NON■ENGAGEMENT | H |
| 36 | 2026-02-03 18:58 | Michael Williams | agizis@connectify.me, Brian | Re: Legal Service - Williams vs Connectify & Gizis - Service of Docume | J |
| 37 | 2026-02-04 18:33 | Michael Williams | uspto@connectify.me, kamran. | Michael Williams v Connectify, Inc. (trading as "Speedify") [2026] NSW | J |
| 38 | 2026-02-05 22:04 | Michael Williams | cbiemiller@tlgattorneys.com, | Fwd: Emergency Filing / Common Law List (Injunction) | J |
| 39 | 2026-02-06 23:24 | Michael Williams | cbiemiller@tlgattorneys.com, | Notice of Intended Proceedings in the United Kingdom — Williams v. Con | H |
| 40 | 2026-02-08 17:06 | Speedify | michael@glexia.com | ■ You moved 24.7 GB with Speedify this week - Speedify had your back | G |
| 41 | 2026-02-09 14:00 | Reminder | Michael.Williams@glexia.com | Re: PRE-SUIT NOTICE PURSUANT TO CALIFORNIA CIVIL CODE § 1782(a) — CONS | I |
| 42 | 2026-02-09 22:21 | Michael Williams | AsheryESQ@gmail.com | Re: Fwd: Service of Supreme Court of NSW proceedings and interlocutory | J |

**Total Communications:** 42