UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
Plaintiff,

v.

CONNECTIFY, INC. et al.,
Defendants.

# EXHIBIT L

## ANA Flight Booking and Cancellation

BYOjet booking confirmation #BYO35591146 for All Nippon Airways Business Class flights (AUD $13,805.30) and subsequent cancellation caused by Speedify service disruption.

*Authenticated per FRE 901(b)(1) as booking confirmation and cancellation correspondence received and sent by Declarant.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

## Booking Confirmation

| Field | Value |
|---|---|
| Booking Agent | BYOjet (Jetescape Travel Pty Ltd, ABN 68 145 039 470) |
| Reservation | BYO35591146 |
| Airline Reference | F76WW3 |
| Issued | January 19, 2026 |
| Total Cost | AUD $13,805.30 |

## Passengers:

1. WILLIAMS, MICHAEL MR (eTicket [REDACTED] )
2. [REDACTED] (eTicket [REDACTED] )

## Flight Itinerary (All Nippon Airways - Business Class):

| Segment | Flight | Route | Date/Time |
|---|---|---|---|
| 1 | NH880 (787-9) | SYD > HND | Jan 22, 9:45 PM > Jan 23, 5:20 AM |
| 2 | NH180 (787-8) | NRT > MEX | Jan 23, 4:50 PM > Jan 23, 2:05 PM |
| 3 | NH179 (787-8) | MEX > NRT | Feb 1, 6:05 PM > Feb 2, 10:20 PM+1 |
| 4 | NH879 (787-9) | HND > SYD | Feb 3, 9:25 PM > Feb 4, 8:15 AM+1 |

## Cancellation:

| Field | Value |
|---|---|
| Date Cancelled | February 4, 2026 |
| Cancellation Fee | AUD $600.00 per passenger (AUD $1,200.00 total) |
| Original Cost | AUD $13,805.30 |