UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
Plaintiff,

v.

CONNECTIFY, INC. et al.,
Defendants.

# EXHIBIT O

## FIDO2 Security Key Photograph

Photograph of Declarant's YubiKey 5 NFC FIDO2 hardware security key used for two-factor authentication on the Speedify account and other critical services, demonstrating the security infrastructure affected by Defendants' actions.

*Authenticated per FRE 901(b)(1) as photograph taken by Declarant of personal property.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

