UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
Plaintiff,
v.
CONNECTIFY, INC. et al.,
Defendants.

# EXHIBIT P

Email Delivery & Open Tracking Log

Superhuman Mail tracking data for emails sent in connection with this matter.

Filed in Support of Declaration of Michael Williams
in Support of Emergency Motion for Temporary Restraining Order

# DETAILED EMAIL TRACKING LOG

The following table lists each email sent in connection with this matter, with confirmed open/read tracking data as recorded by Superhuman Mail.

| # | Date Sent | Subject | Opened By | Status |
|---|-----------|---------|-----------|--------|
| 1 | Jan 25, 2026 | FORMAL NOTICE OF DISPUTE - SPEEDIFY 'PRO ROUTER YEARLY 3000GB' SUBSCRIPTION (Invoice #502472 / Support Ticket #676251) | Vojislav H. | **OPENED** |
| 2 | Jan 26, 2026 | Router Account | Speedify Support | **OPENED** |
| 3 | Jan 26, 2026 | Urgent: Redundant bonding drops entire tunnel when any WAN flaps + Router license/billing clarification | sales@speedify.com, Alex Gizis | **OPENED** |
| 4 | Jan 27, 2026 | Refund Request ($450 Router Plan) | sales@speedify.com, Speedify Support | **OPENED** |
| 5 | Jan 27, 2026 | We successfully processed your refund for Speedify (Response re: Involuntary Cancellation) | Speedify Support | **OPENED** |
| 6 | Jan 27, 2026 | Self hosted router license | Alex Gizis | **OPENED** |
| 7 | Jan 27, 2026 | Third-Party Preissuance Submission (37 CFR 1.290) | uspto@connectify.me, kamran.emdadi@gmail.com, Speedify Support | **OPENED** |
| 8 | Jan 27, 2026 | Notice of Anticipated U.S. District Court Litigation &amp; Demand to Preserve All Documents and ESI (Litigation Hold / Spoliation Notice) | uspto@connectify.me, Vojislav H., kamran.emdadi@gmail.com | **OPENED** |
| 9 | Jan 28, 2026 | Support Response - ST26-1013: Router Crashed - System exception | Miri Insights Console | **OPENED** |
| 10 | Jan 29, 2026 | Unable to log into account (Account Deletion Notice) | Brian Prodoehl | **OPENED** |
| 11 | Jan 29, 2026 | Support Response - ST26-1011: System Exception - Please Try Again Later | Miri Insights Console | **OPENED** |
| 12 | Jan 30, 2026 | FORMAL PRE-ACTION NOTICE (14-DAY NOTICE) - Intended Proceedings in the United Kingdom, Switzerland &amp; Estonia | Brian Prodoehl, uspto@connectify.me, agizis@connectify.me | **OPENED** |
| 13 | Jan 30, 2026 | WITHOUT PREJUDICE - CONFIDENTIAL SETTLEMENT COMMUNICATION (Rule 408) - Global Settlement Offer ([REDACTED] ) | uspto@connectify.me, Brian Prodoehl | **OPENED** |
| 14 | Feb 1, 2026 | URGENT LEGAL NOTICE: Restore Speedify router access within 2 hours (E.D. Pa. TRO filing imminent) | Speedify Support, uspto@connectify.me, asheryesq@gmail.com, lashery@connectify.me | **OPENED** |
| 15 | Feb 1, 2026 | Proposed Pleadings Attached - Re: Notice of Intent to File USPTO Proceedings to Cancel Trademarks | uspto@connectify.me, asheryesq@gmail.com, Speedify Support | **OPENED** |
| 16 | Feb 2, 2026 | URGENT - RESPONSE REQUIRED IN NEXT TWO (2) HOURS - IMMEDIATE RESTORATION OF ROUTER SERVICE | agizis@connectify.me | **OPENED** |
| 17 | Feb 2, 2026 | FINAL DEMAND AND NOTICE OF BAD-FAITH NON-ENGAGEMENT | asheryesq@gmail.com, uspto@connectify.me | **OPENED** |
| 18 | Feb 2, 2026 | AU NSW SC 2026/00043842: Michael Williams v Connectify, Inc. (trading as 'Speedify') &amp; Gizis | uspto@connectify.me, asheryesq@gmail.com | **OPENED** |
| 19 | Feb 3, 2026 | Legal Service - Williams vs Connectify &amp; Gizis - Service of Documents filed in Supreme Court in Sydney | agizis@connectify.me | **OPENED** |
| 20 | Feb 3, 2026 | Notice of Intent to File USPTO Proceedings to Cancel Trademark Registrations (CONNECTIFY / SPEEDIFY / PINGIFY) | uspto@connectify.me | **OPENED** |
| 21 | Feb 4, 2026 | Michael Williams v Connectify, Inc. (trading as 'Speedify') [2026] NSWSC 30 (Published Decision) | uspto@connectify.me, asheryesq@gmail.com | **OPENED** |
| 22 | Feb 4, 2026 | ESTTA1494742 - Petition for Cancellation (TTAB Filing) | asheryesq@gmail.com, uspto@connectify.me | **OPENED** |
| 23 | Feb 5, 2026 | Emergency Filing / Common Law List (Injunction) - NSW Supreme Court | cbiemiller@tlgattorneys.com | **OPENED** |
| 24 | Feb 5, 2026 | Service of Supreme Court of NSW proceedings and interlocutory application | asheryesq@gmail.com | **OPENED** |

| 25 | Feb 5, 2026 | USPTO Cancellation No. 92090802 - Request to Schedule Discovery Conference | skats@stradley.com, dscott@stradley.com, kcasey@stradley.com, cbiemiller@tlgattorneys.com, pforet@stradley.com, pkingsley@stradley.com | **OPENED** |
| --- | --- | --- | --- | --- |
| 26 | Feb 5, 2026 | PRE-SUIT NOTICE PURSUANT TO CALIFORNIA CIVIL CODE Sec. 1782(a) - CONSUMERS LEGAL REMEDIES ACT (Connectify / Speedify) | cbiemiller@tlgattorneys.com, skats@stradley.com, dscott@stradley.com, kcasey@stradley.com, pkingsley@stradley.com (14 total opens) | **OPENED** |
| 27 | Feb 6, 2026 | Emergency Injunctive Relief (TRO) - Verified Complaint Filed - Payment Link | PAED Clerk's Office (responded directly) | **OPENED / REPLIED** |
| 28 | Feb 6, 2026 | Notice of Intended Proceedings in the United Kingdom - Williams v. Connectify, Inc. &amp; Anor. | skats@stradley.com, dscott@stradley.com, cbiemiller@tlgattorneys.com, pkingsley@stradley.com, asheryesq@gmail.com, uspto@connectify.me, pforet@stradley.com | **OPENED** |
| 29 | Feb 6/7, 2026 | Service of Verified Complaint - Williams v. Connectify, Inc. et al., U.S. District Court, E.D. Pa. | cbiemiller@tlgattorneys.com, pkingsley@stradley.com, asheryesq@gmail.com, uspto@connectify.me | **OPENED** |

## NOTABLE TRACKING DETAILS

**1. PRE-SUIT NOTICE (CLRA Sec. 1782(a)) - Feb 5, 2026:** Opened 14 times total. pkingsley@stradley.com first opened at Fri Feb 06, 7:52 AM, then opened repeatedly at 7:53 AM (x2), 8:54 AM, 9:00 AM, 9:42 AM, and again Sat Feb 07, 11:03 PM. Also opened by cbiemiller@tlgattorneys.com, skats@stradley.com, dscott@stradley.com, and kcasey@stradley.com. This pattern of repeated opens by multiple attorneys demonstrates active review of the pre-suit notice.

**2. FORMAL PRE-ACTION NOTICE (14-Day Notice) - Jan 30, 2026:** Opened by Brian Prodoehl (Miri/Connectify CTO), uspto@connectify.me, and agizis@connectify.me (CEO). All three Connectify principals confirmed to have read the formal notice.

**3. URGENT LEGAL NOTICE (2-Hour Demand) - Feb 1, 2026:** Opened by Speedify Support, uspto@connectify.me, asheryesq@gmail.com, and lashery@connectify.me. Four separate Connectify-affiliated recipients confirmed reading the urgent demand to restore service.

**4. Settlement Offer (**[REDACTED]**) - Jan 30, 2026:** Opened by both uspto@connectify.me and Brian Prodoehl. Defendants received and read the settlement offer but did not respond.

**5. Service of Verified Complaint (E.D. Pa.) - Feb 6/7, 2026:** Opened by cbiemiller@tlgattorneys.com (TLG Attorneys), pkingsley@stradley.com (Stradley Ronon), asheryesq@gmail.com, and uspto@connectify.me. Defendants' U.S. counsel and Connectify itself confirmed reading the complaint service email.

---

*Tracking data extracted from Superhuman Mail (mail.superhuman.com) on February 9, 2026, by Michael B. Williams. Superhuman read tracking uses embedded pixel technology to record email opens. All timestamps are as reported by Superhuman's servers.*