UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
Plaintiff,

v.

CONNECTIFY, INC. et al.,
Defendants.

# EXHIBIT Q

## ACMA Carrier Licence - Glexia Pty Ltd

Australian Communications and Media Authority (ACMA) Carrier Licence No. 554, issued to Glexia Pty Ltd under Section 56 of the Telecommunications Act 1997 (Cth), as maintained in the register required by Section 84 of that Act.

*Public regulatory record maintained by the Australian Communications and Media Authority. Available at data.gov.au under Creative Commons Attribution 2.5 Australia licence.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*



# AUSTRALIAN COMMUNICATIONS AND MEDIA AUTHORITY

*Telecommunications Act 1997*

*Subsection 56(1)*

## CARRIER LICENCE

I, Dominic Byrne*,* delegate of the Australian Communications and Media Authority, acting under subsection 56(1) of the *Telecommunications Act 1997,* grant a carrier licence to Glexia Pty Ltd (ACN 642 048 182)*.*

Note: See Division 3 of Part 3 of the *Telecommunications Act 1997* which provides for the conditions of a carrier licence and contains other provisions relating to those conditions.  The *Telecommunications Act 1997* is registered on the Federal Register of Legislation which may be accessed at www.legislation.gov.au.

Dated:  9 December 2020

Dominic Byrne
Delegate of the Australian Communications and Media Authority