UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS,
Plaintiff,

v.

CONNECTIFY, INC. et al.,
Defendants.

# EXHIBIT R

## Speedify Terms of Service

Complete Terms of Service for Connectify, Inc.'s Speedify service, as published at https://speedify.com/terms-of-service/ (Effective Date: May 28, 2014). Contains key provisions regarding limitation of liability, refund policy, termination rights, and jurisdiction.

*Public document from Defendant's website. Retrieved February 9, 2026.*

*Filed in Support of Declaration of Michael Williams*
*in Support of Emergency Motion for Temporary Restraining Order*

# Terms of Service

This policy outlines Connectify's terms and conditions (the "Terms") for usage of Connectify's Speedify website, products, and services (collectively the "Service") owned and/or operated by Connectify, Inc. (hereinafter "Connectify"). Your activation and use of the Service represents your agreement to be bound by these Terms and your agreement to the **Privacy Policy**, which is incorporated as a part of these Terms. If you do not agree to these Terms, please do not use this Service. In these terms, the "you," "your," or "user" refers to Connectify users with a Speedify account. "We," "our," or "us" refers to Connectify. In order to use the Service, you must be at least 16 years of age. By activating and using the Service, you represent that you are at least 16 years old and that the registration information you have provided is accurate, complete, and up-to-date. If you are not at least 16 years old, please do not attempt to use the Service. We may change these Terms in the future so please check for updates in your customer portal. Your continued use of the Service after such change will constitute your acceptance of such change.

1. **Individual Accounts**

Speedify accounts, other than "Speedify for Teams" accounts, are for single user, individual use only. Any non-individual use, or any use that is indistinguishable from non-individual use, is prohibited. A single user may simultaneously use the software on up to 5 devices that they own.

2. **Teams Accounts**

Speedify for Teams accounts are goverened by the terms defined in our **Teams Terms of Service**.

3. **Usage Policy**

Connectify requires that all users use the Service reasonably. If you are unable to use the Service reasonably, Connectify may cancel, suspend or decline to renew your Service without notice. It is within Connectify's sole discretion to determine what comprises reasonable use.

Subject to and conditioned upon your compliance with these Terms, and solely for so long as you are permitted by Connectify to use the Service, we grant to you a non-exclusive, non-transferable, non-sublicensable, limited right and license to access the Service, including any images, text, graphics, data, files, and other materials incorporated into the Service. All such materials and all intellectual property rights therein remain the property of Connectify or its licensors or suppliers. Except as expressly authorized by these Terms, you may not use, reproduce, distribute, modify, transmit, perform, display, or create derivative works of any portion of the Service without the signed, written consent

of Connectify. Nothing herein grants any rights to commercially exploit any portion of the Service or any content therein. All rights not expressly granted hereunder are expressly reserved.

You are responsible for maintaining the confidentiality of your security credentials and/or passwords (if any) and are liable for any harm resulting from disclosing or allowing disclosure of any password or sharing of security credentials. While using the Service you agree to comply with all applicable laws, rules, and regulations. Your use of the Service is conditioned in part on your compliance with the rules set forth in this section; any failure to comply may result in termination of your access to the Service. While using the Service, you agree not to: (i) violate any applicable laws or regulations; (ii) impersonate any person or entity, falsely state or otherwise misrepresent your affiliation with any person or entity, or use any fraudulent, misleading, or inaccurate email address or other contact information; (iii) express or imply that any statements you make are endorsed by us, without our prior written consent; (iv) use the Service to harm minors in any way, including, but not limited to, by uploading content that violates child pornography laws, child sexual exploitation laws, and laws prohibiting the depiction of minors engaged in sexual conduct; (v) distribute any content over or using the Service that is, or is directed to inciting or producing imminent conduct that is, unlawful, harmful, threatening, abusive, harassing, tortious, libelous, invasive of another's privacy, or hateful; (vi) modify, adapt, sublicense, translate, sell, reverse engineer, decompile, or disassemble any portion of the Service; (vii)forge headers or otherwise manipulating identifiers in order to disguise the origin of any content transmitted through the Service;(viii) restrict or inhibit any other user from using the Service, including, without limitation, by means of "hacking" or defacing any portion of the Service; (ix) engage in spamming or flooding; (x) attempt to bypass the usage limitations on a free account; (xi) remove any copyright, trademark, or other proprietary rights notices contained in or displayed on any portion of the Service; (xii) access or use (or attempt to access or use) another user's content without permission; (xiii) transmit any software or other materials that contain any viruses, worms, trojan horses, defects, date bombs, time bombs, or any other computer code, files, or programs designed to interrupt, destroy, or limit the functionality of any computer software or hardware or telecommunications equipment; (xiv) use any robot, spider, site search/retrieval application, or other manual or automatic device or process to retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Service; (xv) harvest or collect information about or from users of the Service without their express consent or, even if such consent is provided, fail to comply with applicable law; (xvi) violate or attempt to violate the security of the Services; (xvii) use any software that uses the BitTorrent protocol through the Service, except on servers that are marked as a "P2P Server" in the software's interface; or (xviii) upload to the Service (a) any material that is unlawful, fraudulent, threatening, abusive, libelous, defamatory, obscene, or otherwise objectionable, or infringes our or any third party's intellectual property or other rights; (b) any confidential, proprietary, or trade secret information of any third party; or (c) any advertisements, solicitations, chain letters, pyramid schemes, investment opportunities, or other unsolicited commercial communication (except as otherwise expressly permitted by us). We may suspend or terminate your access to, and use of, the Service and/or any features made available through the Service immediately if you fail to comply with the above rules or otherwise fail to comply with these Terms.

4. **Third-Party Content**

We do not control, nor are we responsible for any data, content, services, or products (including software) that you access, download, receive, or buy while using the Service. We may, but are not obligated to, block information, or transmissions of or access to certain information, services, products, or domains, in order to protect the Service, our network, the public, or our users. We are not a publisher of and do not endorse any third-party content accessed through the Service. You agree that we are not responsible for the accuracy, timeliness, or delivery of any third-party content, advertising, products, or other materials accessed through the Service, and we expressly disclaim liability for any harm resulting from your access to or use of such.

## 5. Service Availability

Connectify will attempt to make the Service available at all times, except for limited periods for maintenance and repair. However, actual service coverage, speeds, locations, and quality may vary. The Service may be unavailable for a variety of factors beyond our control, including emergencies, third party service failures, transmission, equipment or network problems or limitations, interference, signal strength, and may be interrupted, refused, limited or curtailed. We are not responsible for data, messages, or information lost, not delivered, delayed, or misdirected because of interruptions or performance issues with the Service or communications services or networks. We may impose usage or Service limits, suspend Service, or block certain kinds of usage in our sole discretion to protect Connectify and users or the Service.

## 6. Copyright and DMCA Takedown Policy

Connectify takes copyright and other intellectual property rights very seriously. It is Connectify's policy to: Expeditiously block access to or remove content that it believes in good faith may contain material that infringes the copyrights of third parties and remove and discontinue the Service to repeat offenders. The Digital Millennium Copyright Act of 1998 (the "DMCA") provides recourse for copyright owners who believe that material appearing on the Internet infringes their rights under U.S. copyright law. If you believe in good faith that any material used or displayed on or through the Service infringes your copyright, you may send us a notice requesting that the material be removed, or access to it blocked. The notice must include the following information: (i) a physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed; (ii) identification of the copyrighted work claimed to have been infringed (or if multiple copyrighted works are covered by a single notification, a representative list of such works); (iii) identification of the material that is claimed to be infringing or the subject of infringing activity, and information reasonably sufficient to allow us to locate the material on the Service (please include, both, source and destination IP addresses and GMT timestamp for the infringing material when submitting the notice); (iv) information reasonably sufficient to permit us to contact the complaining party, such as name, address, telephone number, and email address (if available) of the complaining party; (v) a statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and (vi) a statement that the information in the notification is accurate and, under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. If you believe in good faith that a notice of copyright infringement has been wrongly filed against you, the DMCA permits you to send us a counter-notice. Notices and counter-notices must meet the then-current statutory requirements imposed by the DMCA; see

**http://www.copyright.gov/** for details. DMCA notices and counter-notices regarding the Service should be sent to: Attn: DMCA Connectify 601 Spring Garden, 3rd floor, Philadelphia, PA 19123 Email:dmca@connectify.me Please send only DMCA notices to our Designated Copyright Agent via **dmca@connectify.me**, the email address we have registered with the Copyright Office pursuant to Section 512(c) of the Copyright Act. You acknowledge that if you fail to comply with all of the above requirements of this Section 5, your DMCA notice may not be valid.

## 7. Indemnify and Hold Harmless

You are responsible for all actions that occur regarding your account. As a condition of the Service, you agree to indemnify and defend and hold us, our affiliates, distributors, partners, licensors, advertisers, and sponsors, and our and their directors, officers, employees, consultants, agents, and other representatives, harmless from and against any and all claims, damages, losses, costs (including reasonable attorneys' fees) and other expenses that arise directly or indirectly out of or from your breach of these Terms, including any violation of the rules set forth in Section 2 above.

## 8. Export

The Service may be subject to United States export controls. You may not export or re-export the Service without: (a) the prior written consent of Connectify, (b) complying with any applicable export control laws, and (c) obtaining all appropriate permits and licenses. In any event, you may not transfer or authorize the transfer of the Service to a prohibited territory, country, or organization (currently including, without limitation Cuba, Iran, North Korea, Sudan, and Syria and any organization named on the United States Commerce Department's "Denied Parties List") or otherwise in violation of any applicable restrictions or regulations. You understand and agree that the Service may contain information that is controlled and restricted from export by United States export controls. If Connectify, in its sole discretion, determines that it cannot implement the Service in a manner to exclude access to controlled information where required, if you are in a country or territory that is subject to such regulation, you shall not be provided access to the Service.

## 9. Moneyback Guarantee and Refund Policy

Connectify is dedicated to satisfying the users the Service, so we offer a very generous moneyback guarantee policy. Subscribers to the Service may cancel their subscription and, upon request to support@speedify.com, receive a full refund within the first 30 calendar days after purchase. Refunds will only be issued to account holders who voluntarily cancel their subscription to the Service within the aforementioned period after purchase. If an account is terminated for violation of these Terms, no refund will be issued for any remaining account balance or unused subscription to the Service. Monthly subscribers, who pay for the Service on a month-to-month basis, may cancel their subscription to the Service at any time. However, no partial refunds will be awarded for the service period during which the user cancels the subscription; users will not be issued a refund for any portion of the current service month, but auto-renewal of their subscription will be canceled and no further charges will be owed for subsequent service months.

## 10. Cancelling Service

Subscriptions to the Service may be cancelled at any time. Subscribers may cancel their accounts via the link provided in the fulfillment email received after purchase (from "Speedify Support") or by contacting **support@speedify.com**.

## 11. Termination of Service

We would hope that we would seldom have to resort to such action, but as we cannot predict every instance in which it may be necessary, Connectify reserves the right to suspend, terminate, or refuse the Service to anyone at any time for any reason.

## 12. Warranty Disclaimer

YOUR USE OF THE SERVICE IS AT YOUR OWN RISK. SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT WARRANTIES OF ANY KIND, EXPRESS, STATUTORY, OR IMPLIED. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, CONNECTIFY AND ITS AFFILIATES, DISTRIBUTORS, PARTNERS, LICENSORS, ADVERTISERS, AND SPONSORS, AND OUR AND THEIR DIRECTORS, OFFICERS, EMPLOYEES, CONSULTANTS, AGENTS, AND OTHER REPRESENTATIVES DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT OR NON-MISAPPROPRIATION OF INTELLECTUAL PROPERTY RIGHTS, TITLE, CUSTOM, TRADE, QUIET ENJOYMENT, ACCURACY OF INFORMATION CONTENT, SYSTEM INTEGRATION, AND ANY WARRANTIES THAT MAY ARISE FROM COURSE OF DEALING, COURSE OF PERFORMANCE OR USAGE OF TRADE. Applicable law may not allow the exclusion of implied warranties, so the above exclusions may not apply to you. WE, OUR AFFILIATES, DISTRIBUTORS, PARTNERS, LICENSORS, ADVERTISERS, AND SPONSORS, AND OUR AND THEIR DIRECTORS, OFFICERS, EMPLOYEES, CONSULTANTS, AGENTS, AND OTHER REPRESENTATIVES DO NOT WARRANT THAT YOUR USE OF THE SERVICE WILL BE UNINTERRUPTED, TIMELY, ERROR-FREE, OR SECURE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SERVICE, THE SERVER(S) ON WHICH THE SERVICE IS OFFERED OR ANY SOFTWARE INCORPORATED INTO THE SERVICE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. YOU ASSUME ALL RESPONSIBILITY AND RISK FOR YOUR USE OF THE SERVICE AND YOUR RELIANCE ON THE SERVICE. NO OPINION, ADVICE, OR STATEMENT OF CONNECTIFY OR ITS AFFILIATES, DISTRIBUTORS, PARTNERS, LICENSORS, ADVERTISERS, AND/OR SPONSORS, OR OUR AND THEIR DIRECTORS, OFFICERS, EMPLOYEES, CONSULTANTS, AGENTS, AND OTHER REPRESENTATIVES, WHETHER MADE ON OR THROUGH THE SERVICE OR OTHERWISE, SHALL CREATE ANY WARRANTY. YOUR USE OF THE SERVICE IS ENTIRELY AT YOUR OWN RISK.

## 13. Limitation of Liability

TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, NEITHER CONNECTIFY NOR ANY OF OUR AFFILIATES, DISTRIBUTORS, PARTNERS, LICENSORS, ADVERTISERS, OR SPONSORS, NOR OUR OR THEIR DIRECTORS, OFFICERS, EMPLOYEES, CONSULTANTS, AGENTS, OR OTHER REPRESENTATIVES, ARE RESPONSIBLE OR LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY, OR PUNITIVE DAMAGES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS, LOSS OF DATA OR LOST PROFITS), UNDER ANY CONTRACT, NEGLIGENCE, STRICT LIABILITY, OR OTHER THEORY ARISING OUT OF OR RELATING IN ANY WAY TO THE SERVICE (INCLUDING, BUT NOT LIMITED TO, ALL MATERIALS INCORPORATED IN THE SERVICE AND ALL FEATURES AND

FUNCTIONALITY OF THE SERVICE). YOUR SOLE AND EXCLUSIVE REMEDY FOR DISSATISFACTION WITH THE SERVICE IS TO STOP USING THE SERVICE. TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, THE SOLE, EXCLUSIVE, AND MAXIMUM LIABILITY OF CONNECTIFY ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR THE SERVICE, WHETHER IN CONTRACT, TORT (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE) OR OTHERWISE, SHALL BE THE AMOUNT PAID FOR SERVICES THAT YOU HAVE PURCHASED THROUGH THE WEB SITE. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

## 14. **Limitation on Claims**

Where permitted by law, you and Connectify agree that any cause of action arising out of or related to the Service must be commenced within one (1) year after it accrues, or it is permanently barred. Connectify's total, cumulative liability to you for any damages arising out of or related to the Service shall be limited to the greater of the following amounts: (i) one-hundred dollars ($100); or (ii) the amount you paid Connectify for your use of the Service.

## 15. **Intellectual Property Notices**

Portions of the Service are covered by pending U.S. patent applications and pending trademark applications. All rights reserved. The trade names, trademarks, and service marks owned by us, whether registered or unregistered, may not be used in connection with any product or service that is not ours, in any manner that is likely to cause confusion. Nothing contained on the Service should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any of our trade names, trademarks, or service marks without our express prior written consent.

## 16. **Jurisdiction; Venue**

These Terms are governed by and construed in accordance with the laws of the State of Pennsylvania, United States of America, without regard to its principles of conflicts of law. You agree to submit to the exclusive jurisdiction of any State or Federal court located in the County of Philadelphia, Pennsylvania, United States of America, and waive any jurisdictional, venue, or inconvenient forum objections to such courts.

## 17. **Acceptance of Terms**

By logging in to or using the Service, you agree to the Connectify Terms of Service and the **Privacy Policy**, which is incorporated by reference into the Terms of Service.

## 18. **Severability of Terms; Waiver**

If any provision of these Terms, or the application of these Terms to any person, place, or circumstance shall be held by a court of competent jurisdiction to be invalid, void, or otherwise unenforceable, such provision shall be enforced to the maximum extent possible, or, if incapable of such enforcement, shall be deemed to be deleted from these Terms, and the remainder of these Terms and such provisions as applied to other persons, places, and circumstances shall remain in full force and effect. No waiver by

either party of any breach or default hereunder shall be deemed to be a waiver of any preceding or subsequent breach or default, nor shall any delay or omission on the part of either party to exercise or avail itself of any right or remedy that it has or may have under these Terms operate as a waiver of any right or remedy.

### 19. Entire Agreement

This is the entire agreement between you and us relating to the subject matter and supersedes any and all prior or contemporaneous written or oral agreements between you and us with respect to such subject matter.

### 20. Assignment

These Terms are not assignable, transferable, or sublicenseable by you except with our prior written consent.

### 21. Modification

These Terms may not be modified or amended except as set forth in the introductory section of these Terms.

### 22. Interpretation

Any heading, caption, or section title contained in these Terms is inserted only as a matter of convenience and in no way defines or explains any section or provision hereof. If you have any questions or comments regarding these Terms, please contact: **support@speedify.com**