# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Feb 11, 2026 12:02PM

Michael Williams

Rcpt. No: 20035366          Trans. Date: Feb 11, 2026 12:02PM          Cashier ID: #ST (2383)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| PC | OTCnet Check | #00001001 | 02/11/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: Michael Williams, 26-cv-818

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.