**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL WILLIAMS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-0818** |
| | : | |
| **CONNECTIFY, INC,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 12th day of February, 2026, Plaintiff Michael Williams having filed a

Complaint with the Court without either paying the fees to commence a civil action or filing a

motion to proceed *in forma pauperis*, it is **ORDERED** that:

1.      If Williams seeks to proceed with this action he must pay $405 to the Clerk of

Court within thirty (30) days of the date of this Order.

2.      In the event Williams is financially unable to pay the $405 in fees to commence

this case, Williams may move to proceed *in forma pauperis*.

3.      Williams will be provided a blank copy of the Court's non-prisoner application to

proceed *in forma pauperis* bearing the civil action number of this case.  Williams may use this

form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence

this case.  Williams must complete the form in its entirety.  In completing the form, Williams

must provide sufficient financial information for the Court to understand how he is supporting

himself and any dependents.  Additionally, Williams must sign the form under penalty of perjury

to attest that he is unable to pay the costs of these proceedings.  A false statement may result in

dismissal of Williams's claims.  If Williams is granted *in forma pauperis* status, the *in forma*

*pauperis* statute requires the Court to review his complaint and dismiss it if it is frivolous or malicious, fails to state a claim, or seeks damages from an immune defendant.

4.       If Williams fails to comply with this Order,  his case may be dismissed without further notice for failure to prosecute.

**GEORGE WYLESOL**
**CLERK OF COURT**

**By:**    *s/ Ashley Mastrangelo*

**Deputy Clerk**