# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Mar 4, 2026 2:54PM

Michael Williams

| Rcpt. No: 20035818 | | Trans. Date: Mar 4, 2026 2:54PM | | | Cashier ID: #ST (2383) |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |
| 106 | NSF Check Charge | | 1 | 53.00 | 53.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| PC | OTCnet Check | #00001003 | 03/4/2026 | | $458.00 |
| | | | Total Due Prior to Payment: | | $458.00 |
| | | | Total Tendered: | | $458.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: 26-cv-818, Fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.