**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MICHAEL WILLIAMS,

        *Plaintiff,*

   v.

CONNECTIFY, INC. et al,

        *Defendants.*

CIVIL ACTION
NO. 26-818

## <u>ORDER</u>

**AND NOW**, this 4th day of March, 2026, Plaintiff Michael Williams's Expedited Motion for Leave to File Electronically Through the CM/ECF System Pursuant to Local Rule 5.1.2 (Dkt. No. 4) and Expedited Motion for Leave to Exceed the Page Limit for Memorandum of Law in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 5) are **GRANTED.**

                BY THE COURT:


                */s/ Gerald J. Pappert*
                Gerald J. Pappert, J.