**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL WILLIAMS, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION<br>NO. 26-818 |
| CONNECTIFY, INC., et al., | |
| *Defendants.* | |

**ORDER**

**AND NOW**, this 15th day of April, 2026, upon consideration of plaintiff Michael

Williams's Motion for a Temporary Restraining Order (Dkt. No. 8), it is **ORDERED** the

Motion is **DENIED without prejudice**.[1]


BY THE COURT:


***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.

---

[1]    *Pro se* plaintiff Michael Williams seeks a temporary restraining order requiring the defendants to, among other things, restore his internet service.  (Mot. for a Temporary Restraining Order at 41, Dkt. No. 8-3.)  To prevail, he must show he will suffer irreparable harm if relief is not granted.  *Frank's GMC Truck Ctr., Inc. v. Gen. Motors Corp.*, 847 F.2d 100, 102 (3d Cir. 1988).  He argues the defendants' conduct (1) threatens the value of his nearly $3,000 investment in an internet router, (2) caused him to lose access to the internet and miss business communications, (3) disrupted client relationships and (4) prevented him from engaging in consulting work.  (Pl.'s Mot. for a Temporary Restraining Order at 30–33.)  But these harms, many of which are vague, can be "compensated by money damages."  *Frank's GMC Truck Ctr., Inc.*, 847 F.2d at 103; *see also* DM *Trans, LLC v. Scott*, 38 F.4th 608, 624 (7th Cir. 2022) (lost opportunities generally do not show irreparable harm because they may "be compensated through monetary damages").

Williams has filed three complaints in this case, (Compl., Dkt. No. 1); (Am. Compl., Dkt. No. 7); (Second Am. Compl., Dkt. No. 16), but nothing on the docket indicates that any of the complaints have been served or that the defendants have waived service.  To expedite the resolution of his lawsuit, Williams should follow through on his promise to comply with Federal Rule of Civil Procedure 4.  *See* Fed. R. Civ. P. 4; *see also* (Mot. for a Temporary Restraining Order at 9) ("Formal Service of process will be effected . . . in accordance with Fed. R. Civ. P. 4.").