Civil Action No.      **2:26-cv-00818-GJP**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Connectify, Inc. (d/b/a Speedify)**
was received by me on  **5/01/2026:**

☐ I personally served the **SUMMONS; VERIFIED FIRST AMENDED COMPLAINT; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Litigation Management Associate**, who is designated by law to accept service of process on behalf of **Connectify, Inc. (d/b/a Speedify)** at **251 Little Falls Dr, Wilmington, DE 19808** on **05/01/2026 at 11:34 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date:  05/01/2026

_____
*Server's signature*

**Jose Benavides**
*Printed name and title*

**10-12 Wilde Ave Apt 12**
**Drexel Hill, PA 19026**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; VERIFIED FIRST AMENDED COMPLAINT; EXHIBITS,  to Litigation Management Associate who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a beard and glasses.**




Tracking #: **0221313166**