Civil Action No.  **2:26-cv-00818-GJP**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Alexander C. Gizis**
was received by me on  **5/05/2026:**

[X]  I personally served the **SUMMONS; COMPLAINT** on the individual at **430 Pine St, Philadelphia, PA 19106** on **05/07/2026 at 8:46 AM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  05/07/2026

_____
*Server's signature*

**Everett Jenkins**
*Printed name and title*

**309 YORK RD**
**APT 315C**
**Jenkintown, PA 19046**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Alexander C. Gizis with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, over 6'6" tall and weighing 200-240 lbs with a beard, a mustache and glasses.**





Tracking #: **0222139000**