**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| MICHAEL WILLIAMS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 2:26-cv-818 |
| | : | |
| CONNECTIFY, INC. AND ALEXANDER C. GIZIS, | : | Judge Gerald J. Pappert |
| | : | |
| Defendants. | : | |

## ORDER

This 14th day of May, 2026, upon consideration of Defendant Alexander C. Gizis's Motion for Extension of Time to Move to Dismiss the Complaint and to Exceed Motion Page Limit, IT IS HEREBY ORDERED THAT

i.      Defendant Gizis's deadline to respond to Plaintiff's Second Amended Complaint, is extended to June 17, 2026; and

ii.      Defendant Gizis is granted permission to exceed the applicable briefing page limit and to file a brief in response to the Second Amended Complaint up to a maximum of thirty (30) pages in length.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.