AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:26-cv-00818-GJP**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Connectify, Inc. (d/b/a Speedify)**
was received by me on  **5/15/2026:**

☐ I personally served the **SUMMONS; VERIFIED FIRST AMENDED COMPLAINT; SUPPORTING DOCUMENTS** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **The Corporation Trust Company, Registered Agent**, who is designated by law to accept service of process on behalf of **Connectify, Inc. (d/b/a Speedify)** at **1209 N Orange St, Wilmington, DE 19801** on **05/15/2026 at 12:57 PM**; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date:  05/15/2026

_____
*Server's signature*

**Marilyn Stacey Ben**
*Printed name and title*

**2809 N. Monroe St**
**Wilmington, DE 19802**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; VERIFIED FIRST AMENDED COMPLAINT; SUPPORTING DOCUMENTS,  to The Corporation Trust Company, Registered Agent. The individual appeared to be a brown-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.  I confirmed that Robin Hutt-Banks is authorized to accept service.**





Tracking #: **0223532605**