**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL WILLIAMS,<br>*Plaintiff,*<br><br>v.<br><br>CONNECTIFY, INC., et al.,<br>*Defendants.* | CIVIL ACTION<br>NO. 26-818 |

**ORDER**

**AND NOW**, this 24th day of August, 2026, upon consideration of Defendants' Motion to Dismiss (Dkt. No. 46) and Plaintiff's Response (Dkt. No. 50), it is **ORDERED** the Motion is **GRANTED**. Plaintiff's Third Amended Complaint (Dkt. No. 32) is **DISMISSED with prejudice**.

Defendants' Motion for Sanctions (Dkt. No. 31) is **DENIED** as moot, given that Defendants recently filed a Motion for Sanctions (Dkt. No. 49) targeting the operative pleading.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.